Ada K. Wong, WSBA #45936
AKW Law, P.C.
12055 15th Ave NE, Suite 200
Seattle, WA 98125
Tel.: (206) 259-1259
Attorney for Plaintiff Garcia

THE HONORABLE MARY K. DIMKE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANDREA GARCIA,<br><br>                    Plaintiff,<br><br>v.<br><br>WALMART, INC.  d/b/a  WALMART<br>#2269, *et al.*,<br><br>                    Defendants. | Case No. 1:23-CV-03116-MKD<br><br>**PLAINTIFF'S BRIEF RE:<br>DEFENDANTS' OUTSTANDING<br>DISCOVERY** |

Plaintiff's Brief re: Defendants' Outstanding Discovery - 1
Case No. 1:23-cv-03116-MKD

**AKW LAW**, P.C.
12055 15th Ave NE, Suite 200
Seattle, WA 98125
Tel. (206) 259-1259 / Fax (855) 925-9529

This matter comes before the Court on the Court's Order Setting Discovery Dispute Briefing Deadline (Dkt # 33) at Plaintiff's request. Plaintiff served her discovery requests on March 27, 2024. The parties met and conferred on May 23, 2024. After multiple conferences and follow up letters from Plaintiff over 2.5 months in attempting to resolve the issues, Defendants have refused to comply.[1]

**Interrogatories:** Defendants have previously agreed to supplement **Interrogatories Nos. 1, 2, 4, 5, 6, 7, and 9**. Despite prior promises, Defendants now fully reneged or only partially supplemented. Plaintiff seeks complete responses.

Instead of answering many of the Interrogatories, Defendants simply state: "Defendant will produce documents sufficient to show [the answer]." Plaintiff spent countless hours trying to figure out what documents are responsive to which Interrogatory within the approximate 1,500 pages Defendants produced thus far. However, there are some where Plaintiff has not been able to identify this and has conferred with Defendants and asked Defendants to identify the responsive bates nos. for those remaining Interrogatories. Defendants have not done so, and Plaintiff seeks actual responses and identification of bates nos. to **Interrogatory Nos. 13-16**.

---

[1] Plaintiff understands that this Court instructed a brief of no longer than 3 pages. Should it be necessary, Plaintiff also attaches **Exhibit A**, which is the latest letter, dated August 2, 2024, summarizing the meet and confer conferences and follow up letters between counsel. **Exhibit B** is Defendants' Answer to Plaintiff's First Set of Interrogatories served on May 3, 2024. **Exhibit C** is Defendants' Answers to Plaintiff's First Set of Requests for Production served on May 3, 2024. **Exhibit D** is Defendants' Supplement Answers to Plaintiff's First Set of Interrogatories served on June 28, 2024.

Plaintiff's Brief re: Defendants' Outstanding Discovery - 2
Case No. 1:23-cv-03116-MKD

**AKW LAW**, P.C.
12055 15th Ave NE, Suite 200
Seattle, WA 98125
Tel. (206) 259-1259 / Fax (855) 925-9529

**Interrogatory No. 11** seeks employees were disciplined or terminated in the last 5 years at Plaintiff's store under the same policy Plaintiff was allegedly fired for (Attendance and Punctuality). The only disagreement is the timeframe – Plaintiff narrowed to 5 years; Defendants seek 3. Supervisor Kristina Escobar worked for Defendants for over 21 years. Escobar allegedly fired Plaintiff under this policy, which is pretext for retaliating against Plaintiff for reporting Escobar to Ethics by not investigating sexual harassment that Plaintiff reported on behalf of a female employee at the store. Plaintiff is entitled to information regarding whether Escobar uniformly applies this policy to all employees or just Plaintiff because Plaintiff reported her. This goes to the heart of Plaintiff's case. Five years is already very narrowed by Plaintiff.

**Requests for Production:** Defendants agreed to supplement by June 28. Despite multiple conferences and follow-up letters, Defendants have not fully supplemented. Plaintiff spent countless hours trying to figure out what documents are responsive to which Request. However, there are some where Plaintiff has not been able to identify this and has conferred with Defendants and asked Defendants to identify the responsive bates nos. – specifically for **RFP Nos. 1, 5, 6, 7, 8, 10, and 15**. Defendants have not done so, and Plaintiff requests the bates nos. for these specific Requests only. Defendants agreed to supplement **RFP No. 4 but** have failed to do so.

**RFP Nos. 2-3** seek trainings, handbooks, policies, etc. related to the heart of this case (attendance, sexual harassment, retaliation, etc.). The only disagreement is the

Plaintiff's Brief re: Defendants' Outstanding Discovery - 3
Case No. 1:23-cv-03116-MKD

**AKW LAW**, P.C.
12055 15th Ave NE, Suite 200
Seattle, WA 98125
Tel. (206) 259-1259 / Fax (855) 925-9529

timeframe – Plaintiff seeks 5 years and Defendants seek 3.  *See* Interrogatory No. 11. Defendants have also failed to produce documents outside of e-mails/ESI.

**RFP No. 11** seeks Michael Martin's employment file.  Defendants refuse to fully produce, alleging personal/sensitive information.  Plaintiff has agreed these documents can be produced under attorney's eyes only and/or Confidential designations, and with redactions.  Martin was the lead investigator for Plaintiff's reports that ended up costing her job because she stood up against sexual harassment for her female co-worker.  For the other employees, Defendants have still not produced, despite agreeing to.

**RFP No. 17** seeks documents related to Plaintiff's reports during her employment.  Defendants agreed to supplement by June 28 short of searching e-mail accounts.  To date, Defendants have not fully produced non-ESI documents.

The parties are attempting to agree on ESI protocol.  However, the parties have reached an impasse on custodians and terms.  Defendants have still not confirmed whether certain individuals have e-mail accounts, as previously requested.  Five search terms are outstanding: INV0106805, INV0199619, WMT220402361, WMT220504872, and WMT260831 (case numbers).  These are specific to the reports/investigation of Plaintiff's reports to Ethics in this case.  Defendants have not provided any reason as to why it agreed to certain case numbers but not these.

On July 5, 2024, Plaintiff requested documents referenced in Defendants' bates nos. 1179-85, 1124-38, and 1337.  Defendants agreed to produce but have not.

Plaintiff's Brief re: Defendants' Outstanding Discovery - 4
Case No. 1:23-cv-03116-MKD

**AKW LAW**, P.C.
12055 15th Ave NE, Suite 200
Seattle, WA 98125
Tel. (206) 259-1259 / Fax (855) 925-9529

**DATED** August 9, 2024.

AKW LAW, P.C.

/s/ Ada K. Wong
Ada K. Wong, WSBA #45936
Attorney for Plaintiff
12055 15th Ave NE, Suite 200
Seattle, WA 98125
Tel.: (206) 259-1259
Fax: (855) 925-9529
E-mail: ada@akw-law.com

Plaintiff's Brief re: Defendants' Outstanding Discovery - 5
Case No. 1:23-cv-03116-MKD

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2024, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

> Clarence M. Belnavis
> Stephen M. Scott
> Stephan L. Kendall
> FISHER & PHILLIPS, LLP
> 1700 Seventh Avenue, Suite 220
> Seattle, WA 98101
> Telephone: (206) 682-2308
> Facsimile: (206) 682-7908
> Email: cbelnavis@fisherphillips.com
> Email: smscott@fisherphillips.com
> Email: skendall@fisherphillips.com
> Email: cmcclintock@fisherphillips.com
> *Attorneys for Defendants*

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED: August 9, 2024, at Seattle, Washington.

/s/ Kaila A. Stewart
Kaila A. Stewart, Paralegal

Plaintiff's Brief re: Defendants' Outstanding Discovery - 6
Case No. 1:23-cv-03116-MKD

AKW LAW, P.C.
12055 15th Ave NE, Suite 200
Seattle, WA 98125
Tel. (206) 259-1259 / Fax (855) 925-9529