# EXHIBIT A

**TO PLAINTIFF'S BRIEF RE: DEFENDANTS' OUTSTANDING DISCOVERY**

# AKW LAW
## A LITIGATION FIRM

**Ada K. Wong,** Managing Partner
12055 15th Ave NE, Suite 200
Seattle, WA 98125
Direct: (206) 886-7886
E-mail: ada@akw-law.com

August 2, 2024

***Sent via E-mail to: cbelnavis@fisherphillips.com; smscott@fisherphillips.com; skendall@fisherphillips.com; cmcclintock@fisherphillips.com***

Clarence M. Belnavis
Stephen M. Scott
Stephan L. Kendall
FISHER & PHILLIPS, LLP
1700 Seventh Avenue, Suite 2200
Seattle, WA 98101

> **RE:    *Andrea Garcia v. Walmart, Inc., et al.***
> **Eastern District of Washington | Case No. 1:23-cv-03116-MKD**
> **Defendants' Deficient Discovery Responses – *Follow up***

Dear Mr. Kendall:

I write to follow up on my May 24, 2024, June 10, 2024, and June 18, 2024 letters.  The blue text is from my May 24, 2024 letter.  The green text is from my June 18, 2024 letter.  The red text is from my July 29, 2024 letter.  The purple text is my current follow up.

Per my June 18, 2024, letter:

> You stated that you have a large batch of documents that you are reviewing and will produce by next Friday, June 28, 2024.  You will also supplement the Interrogatory answers per our conference on May 24, 2024, and below.  This includes identifying the bates nos. that correspond to the Interrogatory.

This has not occurred.  Please supplement no later than this Friday, August 2, 2024 to avoid bothering the court.

Furthermore, I have not received any response from you to my July 5, 2024 e-mail re ESI.  Please respond by this Friday, August 2, 2024.  However, we are still waiting on your supplemental production of ESI.  Please supplement by August 2, 2024.

Stephen Kendall, *et al.*
**RE: Defendants' Deficient Discovery Responses** – *Follow up*
August 2, 2024
Page 2 of 12

## Interrogatories

**No. 1:** We disagree with your objection regarding contact information of current Walmart supervisors.  If you have case law supporting your position, we invite you to share that with us.  Furthermore, "identify" as we have clearly defined includes position titles (see page 4 of our request), so please supplement.

You will supplement with contact information and position titles.

You will supplement by June 28, 2024.

You have not supplemented.  Please supplement no later than Friday, August 2, 2024.

You have previously promised to provide contact information and position titles.  For the first time, after months, you now renege, despite us already addressing the issue you raised in your 8/1 letter.  We will be seeking court guidance on this matter.

**No. 2:** We reiterate the above to No. 1, please supplement.  For former employees Decker and Hernandez, please provide their last known contact information.  We also ask that you supplement with the documents known to be in such persons' possession which are relevant to the facts, claims, and/or defenses.  Please supplement within two (2) weeks from the date of this letter.

You will supplement with contact information and position titles for current employees and last known contact information for the ex-employees.  You will supplement documents during the course of discovery.

You will supplement by June 28, 2024.

You have not supplemented.  Please supplement no later than Friday, August 2, 2024.

I am perplexed that Walmart does not have a last known phone number for Mr. Hernandez or e-mail for Ms. Decker, as this is standard employee information.  We will be seeking court guidance on this matter.

**Nos. 3-5:** We seek to confer on your objections.

**No. 3:** You will see if you can obtain a store-level department list to help with narrowing the request.

You will supplement by June 28, 2024 but will e-mail me with this information by June 21, 2024, so I can review.

You have not supplemented.  Please supplement no later than Friday, August 2, 2024.

**No. 4:** Re: Leave/PTO – you stated this will be any lead that has someone reporting to them.  The order is Leads, Team Leads, Department Heads.  You will see how many leads and above there are that would be responsive to this interrogatory.  Re investigating sexual harassment reports and/or HR duties – you will supplement for those at the store level.  You will supplement for the headcount at Defendants' home base in Bentonville for those who report directly via the Ethics Line.

You will supplement by June 28, 2024 but will e-mail me with this information by June 21, 2024, so I can review.

Stephen Kendall, *et al.*
***RE: Defendants' Deficient Discovery Responses** – Follow up*
August 2, 2024
Page 3 of 12

You have not supplemented as promised.  Please provide a complete response no later than Friday, August 2, 2024.

You have previously promised to supplement those at the store level for investigating sexual harassment reports and/or with HR duties.  You have still not done so.  You also previously agreed to supplement the headcount at Defendants' home base in Bentonville for those who report directly via the Ethics Line.  You have still not done so.  We will be seeking court guidance.

**No. 5:** You will supplement and stated that may all just be contained within your response to No. 2.

You will supplement by June 28, 2024.

You have not supplemented.  Please supplement no later than Friday, August 2, 2024.

You have previously promised to supplement.  You have not done so, and now appear to wholly refuse to do so.  Even if Defendants are unable to attest that any individuals listed is an exhaustive response, they haven't even tried.  We will be seeking court guidance.

**No. 6:** Please supplement within two (2) weeks from the date of this letter.  We also seek to confer on your answer as it does not appear to include Defendant's response to each request (besides approved or denied).

You believe the documents you're producing this week will be fully responsive, and if not, you will supplement.

You will supplement by June 28, 2024, should there be any additional information.

Please confirm whether you will be supplementing this Interrogatory, and if so, please supplement no later than Friday, August 2, 2024.

You have still not provided Ms. Garcia's earned time or the date of the request by Ms. Garcia.  We will be seeking court guidance.

**No. 7:** Please supplement within two (2) weeks from the date of this letter.  We also seek to confer on your answer as it does not appear to include the designation of the occurrence, and the point value associated with that occurrence.

You believe the documents you're producing this week will be fully responsive, and if not, you will supplement.

You will supplement by June 28, 2024, should there be any additional information.

Please confirm whether you will be supplementing this Interrogatory, and if so, please supplement no later than Friday, August 2, 2024.

We do not see the occurrence value associated.  Please advise as to where it is, or supplement in a written response.  Otherwise, we will be seeking court guidance.

**No. 8:** Please supplement within two (2) weeks from the date of this letter.  We also seek to confer on your answer as it does not appear to include the wrongful termination in violation of public policy, occurrences, attendance, time off, paid time off, protected paid time off, point values, absences and/or vacation.

Stephen Kendall, *et al.*
***RE: Defendants' Deficient Discovery Responses** – Follow up*
August 2, 2024
Page 4 of 12

You believe the documents you're producing this week will be fully responsive, and if not, you will supplement.

You will supplement by June 28, 2024, should there be any additional information.

Please confirm whether you will be supplementing this Interrogatory, and if so, please supplement no later than Friday, August 2, 2024.

**No. 9:** We seek to confer on your objections.

We agreed to narrow to Plaintiff's store at this time, and we explicitly reserve the right based on your other supplemental responses to include other categories.

You will supplement by June 28, 2024.

You have not supplemented.  Please supplement no later than Friday, August 2, 2024.

You promised to supplement more than a month ago.  We still have not received it.  Please supplement 3 business days prior to the court conference.

**No. 10:** Please supplement within two (2) weeks from the date of this letter.  To the extent that Defendant's documents produced do not fully answer this Interrogatory, please supplement your Interrogatory answer at the same time.  Further, at no time are we ever seeking attorney-client privilege communications or work product.  To the extent there are any that are responsive, please produce a privilege log.

You will provide a privilege log if necessary.  You believe the documents you're producing this week will be fully responsive, and if not, you will supplement.  You will also supplement your answer if there are any uninvestigated complaints as well as any answers that are not captured within the documents you are producing today/tomorrow.

You will supplement by June 28, 2024.

You have not supplemented.  Please supplement no later than Friday, August 2, 2024.

**Nos. 11-12:** We seek to confer on your objections.

**No. 11:** You will advise the dates of employment for Kristina Escobar & who made decision to fire Plaintiff so we can further confer.  Please provide this information by May 30, 2024.

Will be in excel file that has already been produced.  I do see in Bates No. 105, that Escobar was hired on March 20, 2003.  You confirmed that Escobar fired Plaintiff.  However, you will not agree to 5 years, only 3 years.  When I asked why, you stated relevance.  I asked that you stipulate to not introducing evidence past the 3-year mark that you would only agree to, but you disagreed.  I stated that we have met and conferred on this topic and may bring a motion on this topic, which you understood.

We will be seeking court guidance.

**No. 12:** You will check the headcount of those with power to terminate v. those who have to request to terminate.  Please provide this information by May 30, 2024.

You're not sure and will confirm by June 28, 2024.

Stephen Kendall, *et al.*
***RE: Defendants' Deficient Discovery Responses** – Follow up*
August 2, 2024
Page 5 of 12

You have not supplemented with any actual or complete response.  Please supplement no later than Friday, August 2, 2024.

**No. 13:** We seek to confer on your objections.  For the documents you stated you will produce, please supplement within two (2) weeks from the date of this letter.  To the extent that Defendant's documents produced do not fully answer this Interrogatory, please supplement your Interrogatory answer at the same time.

We agreed to use Walmart's definition of complaints, workplace misconduct, and violation of policy or procedure to the extent it is defined in its own policies, procedures, or handbook.  I also stated that "complaints" is defined in our requests.  You will check with Ms. Escobar regarding how many instances would fall under her answer to determine if we have a long laundry list or only a handful.  If the latter, you will supplement.  If the former, we will confer again.

You stated that what is included in your production reflects all those involving Escobar and there is nothing else outside of your prior production.  Please supplement with an actual answer to this Interrogatory plus the bates nos.

Again, please supplement with an actual answer to this Interrogatory plus the bates no. by Friday, August 2, 2024.

Please supplement 3 business days prior to the court conference.

**No. 14:** We seek to confer on your objections.

See above to No. 13.

You stated that what is included in your production reflects all those involving Escobar and there is nothing else outside of your prior production.  Please supplement with an actual answer to this Interrogatory plus the bates nos.

Please provide a complete response no later than Friday, August 2, 2024.

Please supplement 3 business days prior to the court conference.

**Nos. 15-16:** We seek to confer on your objections.  For the documents you stated you will produce, please supplement within two (2) weeks from the date of this letter.  To the extent that Defendant's documents produced do not fully answer this Interrogatory, please supplement your Interrogatory answer at the same time.

See above to No. 13.  You believe the documents you're producing this week will be fully responsive, and if not, you will supplement.

You stated that what is included in your production reflects all those involving Escobar and Martinez and there is nothing else outside of your prior production.  Please supplement with an actual answer to this Interrogatory plus the bates nos.

Again, please supplement with an actual answer to this Interrogatory plus the bates no. by Friday, August 2, 2024.

Please supplement 3 business days prior to the court conference.

Stephen Kendall, *et al.*
**RE: Defendants' Deficient Discovery Responses** *– Follow up*
August 2, 2024
Page 6 of 12

## Requests for Production

**No. 1:** We seek to confer on your objections.  Please produce the responsive documents within two (2) weeks from the date of this letter.

You believe the documents you're producing this week will be fully responsive, and if not, you will supplement.

You will supplement by June 28, 2024, should there be any additional information.

Please produce by August 2, 2024 if there are any other responsive documents.  If not, please confirm in writing.  Please provide the bates nos. responsive to this Request.

We have asked that you identify the bates nos. responsive to this Request.  Please do so 3 business days prior to the court conference.

**Nos. 2-4:** We seek to confer on your objections.  Please produce the responsive documents within two (2) weeks from the date of this letter.

You will confirm who has a company email account for the individuals in these Requests by May 30, 2024.  We will send over ESI terms.

ESI custodians: You proposed Jandi Jones, Samantha Decker, Kristina Escobar, and Shawn Hernandez as custodians, with the proposed time frame of Nov. 1, 2021-May 1, 2022.

In taking a closer look, our ESI request is as follows:

> **No. 2:** custodian Kristina Escobar for the last 5 years for terms: train*, attendance, occurrence, PTO, PPTO, time off, leave, vacation, sick, punctual*

Please produce responsive documents by August 2, 2024.  Please provide the bates nos. responsive to this Request.

Your proposed timeframe is unreasonable.  Ms. Escobar worked for Walmart for many years, and we're only seeking to limit it to the last 5.  We agree to train* and in the same email: attendance, occurrence, PTO, PPTO, time off, leave, vacation, sick, or punctual*

We seek court guidance on this if we cannot reach an agreement on this narrow proposal.

Further, this includes training related to the topics requested in this RFP outside of Ms. Escobar as an ESI custodian.  We have not seen production on this.  Please produce 3 business days prior to the court conference.

> **No. 3:** custodian Kristina Escobar for the last 5 years for terms: train*, sex*, harass*, discriminat*, retaliate*, supervis*, fir*, discliplin*, report*, complain*, investigat*

Please produce responsive documents by August 2, 2024.  Please provide the bates nos. responsive to this Request.

Stephen Kendall, *et al.*
***RE: Defendants' Deficient Discovery Responses** – Follow up*
August 2, 2024
Page 7 of 12

Your proposed timeframe is unreasonable.  Ms. Escobar worked for Walmart for many years, and we're only seeking to limit it to the last 5.  We agree to train* and in the same email: sex*, harass*, discriminat*, retaliate*, supervis*, fir*, disciplin*, report*, complain*, investigat*

We seek court guidance on this if we cannot reach an agreement on this narrow proposal.

Further, this includes training related to the topics requested in this RFP outside of Ms. Escobar as an ESI custodian.  We have not seen production on this.  Please produce 3 business days prior to the court conference.

**No. 4:** we agree with the custodians you proposed, but ask for the last 5 years.  I don't believe we need full ESI on this as it should be contained in their personnel files, and we ask that you produce that.  This should include trainings they had during their employment; handbooks, policies, procedures, or manuals they received and/or was in effect during their employment.

Please produce responsive documents by August 2, 2024.  Please provide the bates nos. responsive to this Request.

We already came to an agreement on this and previously clarified the request for production outside of ESI.  We have not received responsive documents.  Please produce 3 business days prior to the court conference.

**No. 5:** Please produce the responsive documents within two (2) weeks from the date of this letter.

You believe the documents you're producing this week will be fully responsive, and if not, you will supplement.

You will supplement by June 28, 2024, should there be any additional information.

Please produce by August 2, 2024 if there are any other responsive documents.  If not, please confirm in writing.  Please provide the bates nos. responsive to this Request.

We have asked that you identify the bates nos. responsive to this Request.  Please do so 3 business days prior to the court conference.

**No. 6:** We seek to confer on your objections.  Please produce the responsive documents within two (2) weeks from the date of this letter.

You believe the documents you're producing this week will be fully responsive, and if not, you will supplement.

You will supplement by June 28, 2024, should there be any additional information.

Please produce by August 2, 2024 if there are any other responsive documents.  If not, please confirm in writing.  Please provide the bates nos. responsive to this Request.

We have asked that you identify the bates nos. responsive to this Request.  Please do so 3 business days prior to the court conference.

Stephen Kendall, *et al.*
***RE: Defendants' Deficient Discovery Responses** – Follow up*
August 2, 2024
Page 8 of 12

**No. 7:** We seek to confer on your objections.  Please produce the responsive documents within two (2) weeks from the date of this letter.

You believe the documents you're producing this week will be fully responsive, and if not, you will supplement.

You will supplement by June 28, 2024, should there be any additional information.

Please produce by August 2, 2024 if there are any other responsive documents.  If not, please confirm in writing.  Please provide the bates nos. responsive to this Request.

We have asked that you identify the bates nos. responsive to this Request.  Please do so 3 business days prior to the court conference.

**No. 8:** We seek to confer on your objections.  Please produce the responsive documents within two (2) weeks from the date of this letter.  Further, at no time are we ever seeking attorney-client privilege communications or work product.  To the extent there are any that are responsive, please produce a privilege log.

You will provide the number of investigations responsive to this request and we will confer if needed.  You will produce a privilege log if necessary.

You stated you're not sure yet and will supplement by June 28, 2024.

Please produce responsive documents by August 2, 2024. Please provide the bates nos. responsive to this Request.

Please supplement 3 business days prior to the court conference.

**No. 10:** We seek to confer on your objections.  Please produce the responsive documents within two (2) weeks from the date of this letter.

You believe the documents you're producing this week will be fully responsive, and if not, you will supplement.  This includes a native excel file.

You will supplement by June 28, 2024, should there be any additional information.

Please produce by August 2, 2024 if there are any other responsive documents.  If not, please confirm in writing.  Please provide the bates nos. responsive to this Request.

We have asked that you identify the bates nos. responsive to this Request.  Please do so 3 business days prior to the court conference.

**No. 11:** We seek to confer on your objections.  Please produce the responsive documents within two (2) weeks from the date of this letter.

You will produce the requested documents for all except for Michael Martin, who you will think about and get back to us.

You stated your policy is to not produce for those in headquarters unless absolutely necessary and you will not produce in this case.  You don't want to produce personal information for non-store level people.  I stated we can agree to have this produced under AEO and/or Confidential designations and with redactions.  You stated you will confirm and get back to me by June 21, 2024 as to whether you will produce or if we need to engage in motions practice.

Stephen Kendall, *et al.*
***RE: Defendants' Deficient Discovery Responses** – Follow up*
August 2, 2024
Page 9 of 12

Please produce responsive documents by August 2, 2024.  Please provide the bates nos. responsive to this Request.

We will seek court guidance on this issue as we are still at an impasse after meeting and conferring regarding the complete production for Mr. Martin.  Please produce the documents you already promised to produce 3 days prior to the court conference.

**No. 12:** We seek to confer on your objections.  Please produce the responsive documents within two (2) weeks from the date of this letter.

We discussed the scope of this and you stated that all responsive documents would be produced in response to the other RFPs, and to the extent there are any responsive to this Request, you will supplement.  I confirmed that we want to make sure we have all documents related to the Complaint and Answer and Affirmative Defenses.

You will supplement by June 28, 2024, should there be any additional information.

Please produce by August 2, 2024 if there are any other responsive documents.  If not, please confirm in writing.  Please provide the bates nos. responsive to this Request.

**No. 14:** We seek to confer on your objections.  Please produce the responsive documents within two (2) weeks from the date of this letter.

You stated you don't believe Walmart has a store-level organization chart.  You agreed to check if there are org charts with HR and/or ethics is listed in the document.

You will supplement by June 28, 2024, should there be any additional information.

Please produce by August 2, 2024 if there are any other responsive documents.  If not, please confirm in writing.  Please provide the bates nos. responsive to this Request.

**No. 15:** We seek to confer on your objections.  Please produce the responsive documents within two (2) weeks from the date of this letter.

You confirmed you are producing all responsive documents this week and are not withholding anything.

You will supplement by June 28, 2024, should there be any additional information.

Please produce by August 2, 2024 if there are any other responsive documents.  If not, please confirm in writing.  Please provide the bates nos. responsive to this Request.

You have not responded to this in your 8/1 letter.  Please supplement 3 days prior to the court conference.

**No. 16:** We seek to confer on your objections.  Please produce the responsive documents within two (2) weeks from the date of this letter.

You stated you will check to see if there's a 1-page declaration or any documents that support Defendants' initial disclosures responses.

You stated you believe you have produced this and will look into it.

Please produce by August 2, 2024 if there are any other responsive documents.  If not, please confirm in writing.  Please provide the bates nos. responsive to this Request.

Stephen Kendall, *et al.*
**RE: Defendants' Deficient Discovery Responses** – *Follow up*
August 2, 2024
Page 10 of 12

**No. 17:** We seek to confer on your objections.  Please produce the responsive documents within two (2) weeks from the date of this letter.

We discussed the definition of notes, other communications, other documents, and complaints.  You believe the documents you're producing this week will be fully responsive, and if not, you will supplement.  You stated you have not searched for ESI or any email accounts.

You will supplement by June 28, 2024, should there be any additional information.  You stated that you will search the email accounts for Jandi Jones, Samantha Decker, Kristina Escobar, and Shawn Hernandez.  We also discussed the various Walmart-assigned case numbers related to Ms. Garcia and this case (see first bullet point below).  I asked that you include as custodians those involved in the investigation/report, including but not limited to: Bernadine Kruger, Elizabeth Auslam, Julie Martin, Valerie McClendon, Michael Martin, Xitlaly Jimenez, Jonathan Mariscal, Tamara Tom, Dejuan Palmer, Jenny Rudolph, Nicholas Matthews, and Tamsyn Bezuidenhout.  Should any of these individuals not have an account that falls under ESI, please advise.  The terms would include: Andrea, Garcia, Kristina, Escobar, Xitlaly Jimenez, Shawn, Hernandez, Tamera, Tom, Jonathan, Mariscal, as well as the numbers identified in the first bullet point below.  The time period we seek is the last three (3) years.

Please produce responsive documents by August 2, 2024.  Please provide the bates nos. responsive to this Request.

You still have not confirmed who does or does not have ESI, which may drastically narrow the scope of the search.  While we are attempting to engage in efforts to narrow the scope of this, please run the ESI for the custodians you are in agreement with: Jandi Jones, Kristina Escobar, Shawn Hernandez, and Michael Martin.   And for the terms you are in agreement with: INV0106805, INV0199619, WMT220402361, WMT220504872, WMT26083.  This will be for the time frame you are in agreement with: April 1, 2021 to June 30, 2022.  (Note that you wrote April 1, 2022 in your letter, but I assume that is a typo).

Please state why you disagree with the other terms referenced in the first bullet point below, as they are all related to the core of this case.  We also ask that in this first round, you search the 4 custodian's for Andrea, Garcia, Kristina, Escobar, Xitlaly Jimenez, Shawn, Hernandez, Tamera, Tom, Jonathan, Mariscal within the April 1, 2021 to June 30, 2022 that you are already searching.

From my June 10, 2024 letter: You agreed to produce the below bullet points by June 28, 2024.

Please produce by August 2, 2024 if there are any other responsive documents.  If not, please confirm in writing.  Please provide the bates nos. responsive to the below.

Please supplement 3 business days prior to the court conference.

- All documents referencing the below:
    - WMT-254276

Stephen Kendall, *et al.*
***RE: Defendants' Deficient Discovery Responses** – Follow up*
August 2, 2024
Page 11 of 12

- o WMT220402361
- o INV0106805
- o INV0199619
- o INV0113973
- o WMT220505797
- o WMT220402361
- o WMT220504872
- o WMT-260831
- o You will ask for additional documents associated with the above and will produce.
- o You will also search for ESI including emails for the individuals involved in these matters.
- o Please see above for ESI terms and custodians.
- All referenced emails, documents, and/or communications sent related to Bates No. 23-42
- Bates No. 24 – please produce all referenced attachments
- All documents reflected on Bates No. 50 Section B – Evidence Reviewed/Exhibits
- Being a Better Leader Resource as referenced in Bates No. 170
- Questionnaire: Separation Witness Information for Plaintiff as referenced in Bates No. 5
  - o You will check if it exists, and if so, you will produce.
- Questionnaire: Separation Witness Information for Mariscal as referenced in Bates No. 237
  - o You will check if it exists, and if so, you will produce.
- 2020 Associate Benefits Book with 2021 Summary of Material Modifications referenced in Bates No. 241
- "If you're asked to approve a personal discretionary leave" referenced in Bates No. 242
  - o You will check to see if there's another document it links to or if it just jumps to a section within the same document and let me know.
- Personal Leave policy referenced in Bates No. 244
- Paid Time Off (PTO) Policy referenced in Bates No. 244
- LOA quick reference guide as referenced in Bates No. 256
- Attendance and Punctuality Policy as referenced in Bates No. 259
- Workplace Standards Policy as referenced in Bates No. 292
- Associate Pay Management Guidelines as referenced in Bates No. 317
- All versions of produced policies for WA state specific (we see national and some CA)
  - o You will produce any that exist for WA if there's a national version of it.
- Bates No. 1084-1086 – please produce a more legible version
  - o You do not have any other versions to produce.
- Bates No. 1101-1104 – please produce a more legible version
  - o You do not have any other versions to produce.

Stephen Kendall, *et al.*
**RE: Defendants' Deficient Discovery Responses** – *Follow up*
August 2, 2024
Page 12 of 12

Per my July 5, 2024, letter, we are still seeking:

- All documents referenced/linked in:
  - Bates Nos. 1179-85
  - Bates Nos. 1224-38
  - The "Downloads" referenced in Bates Nos. 1337

Please produce 3 days prior to the court conference.

Sincerely,

**AKW LAW**, P.C.

**Ada K. Wong**
Managing Partner