# EXHIBIT C

**TO PLAINTIFF'S BRIEF RE: DEFENDANTS' OUTSTANDING DISCOVERY**

Clarence M. Belnavis, WSBA #36681
cbelnavis@fisherphillips.com
Stephen M. Scott, WSBA #54061
smscott@fisherphillips.com
Stephan L. Kendall, WSBA #59526
skendall@fisherphillips.com
FISHER & PHILLIPS LLP
1700 Seventh Avenue, Suite 2200
Seattle, WA 98101
Telephone: 206.682.2308
Facsimile: 206.682.7908
*Attorneys for Defendants Walmart Inc.*
*and Wal-Mart Associates, Inc.*

HONORABLE MARY K. DIMKE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT YAKIMA

ANDREA GARCIA,

                Plaintiff,

      v.

WALMART, INC. d/b/a WALMART #2269; WAL-MART ASSOCIATES, INC.; "DOE(S) 1-100" employees of WALMART, INC. AND/OR WALMART STORE #2269; and "CORPORATION(S) XYZ 1-100,"

                Defendants.

NO. 1:23-cv-03116-MKD

**DEFENDANT WALMART INC.'S RESPONSE TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION**

WALMART INC.'S RESP TO PLTF'S FIRST SET
OF REQUESTS FOR PRODUCTION – 1
Case No. 1:23-cv-03116-MKD

FP 50249016.2

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

Pursuant to Fed. R. Civ. P. 26 and 34, Defendant Walmart Inc. ("Walmart" or "Defendant") hereby responds to Plaintiff's First Set of Requests for Production to Walmart Inc. ("Requests") dated March 27, 2024, as follows:

## PRELIMINARY STATEMENT

1.    Defendant reserves the right to revise and/or supplement its response to Plaintiff's Requests if, in the course of discovery, information becomes available that would require revision and/or supplementation in order to correctly and/or adequately respond to the requests.

2.    Defendant is searching records diligently to identify documents that are responsive to Plaintiff's Requests but has not yet completed an exhaustive search. Where, in Defendant's response, it states that Defendant will produce documents, it is not a guarantee that responsive documents exist, but is an indication that Defendant continues to search for documents that may be responsive and will produce any such documents if they are found to exist.

3.    Each response herein is made subject to all appropriate objections (including, but not limited to, objections concerning competency, relevance, materiality, propriety, and admissibility), which would require the exclusion of any information or thing at the time of trial. Therefore, all such objections and grounds are reserved and may be interposed at the time of trial.

/ / /

WALMART INC.'S RESP TO PLTF'S FIRST SET
OF REQUESTS FOR PRODUCTION – 2
Case No. 1:23-cv-03116-MKD
FP 50249016.2

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

4.      To the extent Defendant agrees to produce documents, such documents will be made available to Plaintiff for copying at Plaintiff's expense at the offices of Fisher & Phillips LLP at 1700 Seventh Ave., Suite 2200, Seattle, WA 98101, or upon direction from Plaintiff's counsel, copied and delivered to Plaintiff's counsel upon payment of the reasonable costs incurred in doing so.

### **GENERAL OBJECTIONS**

Defendant generally objects to Plaintiff's Requests to the extent Plaintiff imposes requirements on Defendant that exceed those permitted by the Court pursuant to the Federal Rules of Civil Procedure. Defendant also objects to Plaintiff's Requests to the extent they require the disclosure of information that is subject to the attorney-client privilege or the work product doctrine. Defendant further objects to Plaintiff's Requests to the extent they require the disclosure of third-party information of a nature that third parties, including but not limited to employees and former employees, would normally not expect an employer to disclose. Defendant further objects to Plaintiff's Requests to the extent they require Defendant to answer with information that is not in its possession or control or which is available to Plaintiff through reasonable efforts from sources other than Defendant.

/ / /

/ / /

WALMART INC.'S RESP TO PLTF'S FIRST SET
OF REQUESTS FOR PRODUCTION – 3
Case No. 1:23-cv-03116-MKD
FP 50249016.2

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

## SPECIFIC RESPONSES TO REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1:** Please produce all documents kept in the regular course and scope of business related to Plaintiff ANDREA GARCIA, including but not limited to personnel file, employment records, attendance records, time cards, time sheets, time off, vacation(s), request(s) for leave, leave(s) of absence, occurrence records, payroll records, W-2s, 1099 forms, compensation records, fringe benefits, and perks offered and/or provided, this includes but is not limited to the existence, terms, and/or value of any fringe benefit (e.g., health or medical insurance, vision or dental insurance, retirement plan, 401(k), disability insurance), *per diem* allowance, bonus, award, or other type of compensation or reward, includes but is not limited to brochures, benefit summaries, booklets, handouts, and/or e-mails explaining the details thereof, Human Resource records, supervisor/manager's records, medical/health records, documents from her physicians or medical providers, reports of any medical condition, finance/account department records, records of hours worked, offer letters, hiring documents, resume, discipline, awards, accolades, promotions, transfers, raises, demotions, write-ups, reprimands, performance issues, warnings, and/or counseling records, separation documents (including but not limited to notes, memoranda, letters, and/or emails), contracts, agreements, confidentiality and nondisclosure agreements, training records, job application, background

WALMART INC.'S RESP TO PLTF'S FIRST SET
OF REQUESTS FOR PRODUCTION – 4
Case No. 1:23-cv-03116-MKD
FP 50249016.2

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

checks, reference checks, interview notes, job duties and responsibilities, employee handbook or manual acknowledgements, tax documents, all verbal, written, formal, or informal complaints or concerns regarding Plaintiff ANDREA GARCIA, and/or all documents relating to Plaintiff ANDREA GARCIA's leave(s) of absence and/or request(s) for leave(s) of absence, including but not limited to notes, memoranda, medical records, time sheets, logs, letters, and/or emails, documents Defendant WALMART, INC. has presented to Plaintiff ANDREA GARCIA for signature, or prepared for Plaintiff ANDREA GARCIA's signature, including but not limited to agreements, proposed agreements, disciplinary notices, releases, offers, contracts, and correspondence, including all drafts, in native format.

**RESPONSE:** Defendant objects to this request as overbroad, vague, and disproportionate to the needs of the case. As written, this request seeks every single document even tangentially related to Plaintiff's employment regardless of its relevancy to the current lawsuit. Subject to and without waiving any objections, Defendant will produce Plaintiff's personnel records that Defendant keeps in the normal course of business.

**REQUEST FOR PRODUCTION NO. 2:** Please produce all trainings, code of conduct, materials, handbooks, policies, procedures, manuals, guidelines, bulletins, notes, memoranda, letters, and e-mails regarding, related to, and/or

WALMART INC.'S RESP TO PLTF'S FIRST SET
OF REQUESTS FOR PRODUCTION – 5
Case No. 1:23-cv-03116-MKD
FP 50249016.2

referring to attendance, occurrences, PTO, PPTO, time off, leave, vacation, etc. The scope of this Request is limited to those in effect during the last 5 years for the location(s) Plaintiff and/or Supervisor Kristina Escobar worked/work at.

**RESPONSE:** Defendant objects to this request as overbroad and disproportionate to the needs of the case in that it seeks all communications related to the listed policy topics. This request would therefore require extensive searching for highly irrelevant documents. Defendant further objects to this request as vague as to the terms "materials," "notes," and use of the term "etc." which fails to specify what Plaintiff seeks and therefore where Defendant should search. Subject to and without waiving any objections, Defendant will produce the attendance, PTO, and leave policies which were provided to Plaintiff and Ms. Escobar during their employment.

**REQUEST FOR PRODUCTION NO. 3:** Please produce all trainings, materials, handbooks, policies, procedures, manuals, guidelines, bulletins, notes, memoranda, letters, and e-mails regarding, related to, and/or referring to sexual harassment, discrimination, retaliation, supervision, hiring, firing, discipline of employees, reporting of workplace issues, and investigating workplace reports. The scope of this Request is limited to those in effect during the last 5 years for the location(s) Plaintiff and Supervisor Kristina Escobar worked/work at and hiring or termination of employees in effect at any time during the last five (5)

WALMART INC.'S RESP TO PLTF'S FIRST SET OF REQUESTS FOR PRODUCTION – 6
Case No. 1:23-cv-03116-MKD
FP 50249016.2

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

years.

**RESPONSE:** Defendant objects to this request as overbroad and disproportionate to the needs of the case in that it seeks all communications related to the listed policy topics. This request would therefore require extensive searching for highly irrelevant documents. Defendant further objects to this request as vague as to the terms "materials" and "notes" which fail to specify what Plaintiff seeks and therefore where Defendant should search. Subject to and without waiving any objections, Defendant will produce the harassment, discrimination, retaliation, discipline, and reporting policies which were provided to Plaintiff and Ms. Escobar during their employment.

**REQUEST FOR PRODUCTION NO. 4:** Please produce all trainings, materials, handbooks, policies, procedures, manuals, guidelines, bulletins, notes, memoranda, letters, and e-mails provided to Store Manager Jandi Jones, People Lead Samantha Decker, Supervisor Kristina Escobar, and Stocker Jonathan Martinez, and Plaintiff ANDREA GARCIA during their employment.

**RESPONSE:** Defendant objects to this request as overbroad and disproportionate to the needs of the case. Every single document regarding all training received by the above individuals would be highly burdensome to acquire while also being generally irrelevant to the claims and defenses at issue in this lawsuit. Subject to and without waiving any objections, Defendant will produce

WALMART INC.'S RESP TO PLTF'S FIRST SET
OF REQUESTS FOR PRODUCTION – 7
Case No. 1:23-cv-03116-MKD
FP 50249016.2

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

documents sufficient to show the formal trainings the listed individuals received.

**REQUEST FOR PRODUCTION NO. 5:** Please produce a copy of all documents identified or referenced in Defendant WALMART, INC.'s answer to Plaintiff's Interrogatory No. 8.

**RESPONSE:** Please see Defendant's answer to Interrogatory No. 8.

**REQUEST FOR PRODUCTION NO. 6:** Please produce a copy of all documents identified or referenced in Defendant WALMART, INC.'s answer to Plaintiff's Interrogatory No. 9.

**RESPONSE:** Please see Defendant's answer to Interrogatory No. 9.

**REQUEST FOR PRODUCTION NO. 7:** Please produce a copy of all documents identified or referenced in Defendant WALMART, INC.'s answer to Plaintiff's Interrogatory No. 11.

**RESPONSE:** Please see Defendant's answer to Interrogatory No. 11.

**REQUEST FOR PRODUCTION NO. 8:** Please produce all investigations, including conclusions, correspondence, memoranda, notes, text messages, audio and video recordings, findings, statements, interviews, etc., regarding, referring, or related to retaliation, negligent supervision or hiring or failure to train, failure to report workplace misconduct/violation of policies, sexual harassment, and discrimination by employees, agents, and/or independent contractors of Defendant WALMART, INC. for the last five (5) years. This is

WALMART INC.'S RESP TO PLTF'S FIRST SET
OF REQUESTS FOR PRODUCTION – 8
Case No. 1:23-cv-03116-MKD

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 50249016.2

limited to the location(s) Plaintiff ANDREA GARCIA and/or Supervisor Kristina Escobar worked at.

**RESPONSE:** Defendant objects to this request to the extent it seeks information protected by the attorney client privilege and/or work product doctrine. Defendant further objects to this request as overbroad and disproportionate to the needs of the case. As written, this request seeks extensive amounts of irrelevant information that would be highly burdensome to search for. Defendant further objects to this request as vague as to the terms "notes," "statements," and its use of the term "etc." which fails to specify what information Plaintiff seeks and therefore where Defendant should search. Defendant therefore requests Plaintiff clarify and/or narrow this request.

**REQUEST FOR PRODUCTION NO. 9:** Please produce all non-privileged documents or material things Defendant WALMART, INC. has obtained and/or sent to any third party relating to this matter, including those obtained via subpoena. This includes but is not limited to requests for information or documents received from public agencies, governments, private agencies, records requests, documents obtained from your employees, independent contractors or agents, bookkeeper(s), accountant(s), and payroll management.

**RESPONSE:** No responsive documents exist at this time.

/ / /

WALMART INC.'S RESP TO PLTF'S FIRST SET
OF REQUESTS FOR PRODUCTION – 9
Case No. 1:23-cv-03116-MKD
FP 50249016.2

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

**REQUEST FOR PRODUCTION NO. 10:** Please produce a copy of all documents, including but not limited to notes, audio or video recordings, correspondence, memoranda, e-mails, letters, files or other communications maintained by Defendant WALMART, INC. regarding, referring to, and/or related to Plaintiff ANDREA GARCIA's requests for time off, PTO, PPTO and/or vacation during her employment. This includes any documents identified in Plaintiff's Interrogatory No. 6.

**RESPONSE:** Defendant objects to this request as overbroad and disproportionate to the needs of the case. As written this request would require production of irrelevant documents including, by way of example, any communication in which Plaintiff requested a one-off sick day. Subject to and without waiving any objections, Defendant will produce documents sufficient to show the circumstances of Plaintiff's occurrences which led to her termination.

**REQUEST FOR PRODUCTION NO. 11:** Please produce a copy of all employment files, including documents, notes, audio or video recordings, correspondence, memoranda, e-mails, letters, files, or other communications maintained by Defendant WALMART, INC. regarding, referring to, and/or related the below individuals. This includes any discipline or counseling records, warnings, performance-related communication, separation of employment, training records, dates of employment, resumes, application, background checks,

WALMART INC.'S RESP TO PLTF'S FIRST SET
OF REQUESTS FOR PRODUCTION – 10
Case No. 1:23-cv-03116-MKD
FP 50249016.2

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

reference checks, complaints, occurrences, and investigations where said individual is the subject of the investigation.

    (a)    Kristina Escobar;

    (b)    Michael Martin;

    (c)    Store Manager Jandi Jones;

    (d)    Assistant Store Manager Shawn (last name unknown);

    (e)    Samanatha Decker;

    (f)    Jonathan Martinez;

    (g)    Tamara Tom; and

    (h)    Emily Gonzalez.

**RESPONSE:** Defendant objects to this request as overbroad and disproportionate to the needs of the case. As written, this request seeks every single document even tangentially related to the employment of the above individuals. as such it seeks voluminous amounts of highly irrelevant information. For example, this request would require production of every single second of surveillance video footage in which one of the listed individuals is visible. Subject to and without waiving any objections, Defendant will produce the personnel records kept in the normal course of business for Plaintiff, Kristina Escobar, and Jonathan Martinez.

/ / /

WALMART INC.'S RESP TO PLTF'S FIRST SET OF REQUESTS FOR PRODUCTION – 11
Case No. 1:23-cv-03116-MKD
FP 50249016.2

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

**REQUEST FOR PRODUCTION NO. 12:** Please produce any and all non-privileged documents and communications regarding the matters alleged in Plaintiff ANDREA GARCIA's Amended Complaint and/or Defendant's Answers and Affirmative Defenses in Defendant WALMART, INC.'s possession, custody, and/or control (including its employees, agents, independent contractors, staff, and/or personnel), including text messages, e-mails, letters, notes, correspondence, recordings, messages, etc.

**RESPONSE:** Defendant objects to this request as overbroad, vague, and disproportionate to the needs of the case. As written this request seeks all documents related to the complaint. As such it does not provide Defendant with direction for what specific documents to search for. Defendant therefore requests Plaintiff narrow and/or clarify this request.

**REQUEST FOR PRODUCTION NO. 13:** For each expert Defendant WALMART, INC. may list as a witness and/or call at trial, please produce:

(a) The expert's complete file in this case, including, without limitation, all notes, reports, drafts of reports or other documents relating to communications and correspondence with counsel or other concerning this case;

(b) A list of all publications authored, in whole or in part, by the expert within the preceding ten years, as well as copies of the publications,

WALMART INC.'S RESP TO PLTF'S FIRST SET OF REQUESTS FOR PRODUCTION – 12
Case No. 1:23-cv-03116-MKD
FP 50249016.2

per se;

(c)    Any and all documents contained data or other information considered by the expert in forming his/her opinions; and

(d)    Any exhibits to be used as a summary of or support for the opinions.

**RESPONSE:** Defendants have not identified any expert witnesses at this time.

**REQUEST FOR PRODUCTION NO. 14:** Please produce any electronic records or documents maintained by Defendant WALMART, INC. regarding, referring to, and/or related to company organization, including but not limited to organizational charts or staff charts containing department titles, job titles, and geographic regions. This includes for the location(s) Plaintiff ANDREA GARCIA, Supervisor Kristina Escobar, and/or People Lead Samantha Decker worked at, as well as HR, Ethics, and corporate.

**RESPONSE:** Defendant objects to this request as overbroad, disproportionate to the case, and seeking irrelevant information. The nationwide organization of Walmart's geographic regions, and HR, ethics, and corporate departments is wholly irrelevant to the claims and defenses at issue in this lawsuit. Subject to and without waiving any objections, Defendant will produce the organizational chart for Plaintiff's prior store location if such documents exist.

/ / /

WALMART INC.'S RESP TO PLTF'S FIRST SET OF REQUESTS FOR PRODUCTION – 13
Case No. 1:23-cv-03116-MKD

FP 50249016.2

**REQUEST FOR PRODUCTION NO. 15:** Please produce all documents listed in Defendant WALMART, INC.'s Initial Disclosures (or any amendments thereto).

**RESPONSE:** Defendant objects to the extent it is permitted to describe by category and location documents it may use to support its defenses. FRCP 26(a)(1)(A)(ii). Defendant has listed such categories in its initial disclosures. Subject to and without waiving any objections, Defendant is producing responsive documents as part of its general document discovery in response to other requests for production.

**REQUEST FOR PRODUCTION NO. 16:** Please produce a copy of any insurance agreement which is, or may be, liable to satisfy all or part of the judgment which might be entered in this lawsuit, or to indemnify or reimburse for payments made to satisfy such judgment, on behalf of Defendant WALMART, INC. or any documents that reference or identify such agreement. If Defendant WALMART, INC. is self-insured, please provide any documents reflecting this.

**RESPONSE:** Defendant objects to this request to the extent it exceeds the requirements of FRCP 26(a)(1)(A)(iv). Subject to and without waiving any objections, Defendant directs Plaintiff to its FRCP 26(a)(1)(A)(iv) disclosures.

**REQUEST FOR PRODUCTION NO. 17:** Please produce all documents, including but not limited to documents, notes, audio or video recordings,

WALMART INC.'S RESP TO PLTF'S FIRST SET
OF REQUESTS FOR PRODUCTION – 14
Case No. 1:23-cv-03116-MKD

FP 50249016.2

correspondence, memoranda, e-mails, electronic messages, text messages, letters, other communications, files, or other documents related to Plaintiff ANDREA GARCIA's reports or complaints during her employment, including any investigations and outcome of said investigations.

**RESPONSE:** Defendant objects to this request as overbroad and vague as to the terms "notes," "other communications," "other documents," and "complaints" which fail to specify what information Plaintiff seeks and therefore where Defendant should search. Subject to and without waiving any objections, Defendant will produce investigation documents generated as a result of Plaintiff's formal internal reports.

DATED this 3rd day of May 2024.

FISHER & PHILLIPS LLP

*s/ Stephan L. Kendall*
Clarence M. Belnavis, WSBA #36681
cbelnavis@fisherphillips.com
Stephen M. Scott, WSBA #54061
smscott@fisherphillips.com
Stephan L. Kendall, WSBA #59526
skendall@fisherphillips.com
1700 Seventh Avenue, Suite 2200
Seattle, WA 98101
Telephone: 206.682.2308
Facsimile: 206.682.7908

*Attorneys for Defendants Walmart Inc. and Wal-Mart Associates, Inc.*

WALMART INC.'S RESP TO PLTF'S FIRST SET OF REQUESTS FOR PRODUCTION – 15
Case No. 1:23-cv-03116-MKD
FP 50249016.2

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

## <u>ATTORNEY CERTIFICATION</u>

The undersigned counsel for defendant hereby certifies Defendant's responses pursuant to Federal Rule of Civil Procedure 26(g).

Dated this 3rd day of May 2024.

*s/ Stephan L. Kendall*
Clarence M. Belnavis, WSBA #36681
Stephen M. Scott, WSBA #54031
Stephan L. Kendall, WSBA #59526
*Attorneys for Defendants Walmart Inc. and Wal-Mart Associates, Inc.*

WALMART INC.'S RESP TO PLTF'S FIRST SET OF REQUESTS FOR PRODUCTION – 16
Case No. 1:23-cv-03116-MKD
FP 50249016.2

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

## **DECLARATION OF RESPONDING PARTY**

I declare under the penalty of perjury under the laws of the State of Washington that I am the Defendant in this action OR I am the

_____ of _____

and am authorized to make the foregoing answers.  I declare that I have read the foregoing answers, know the contents thereof, and believe them to be true and correct.

Dated this _____ day of _____, 2024, at _____, Washington.

Signed: _____

Print Name: _____

Its: _____

Address: _____

_____

_____

WALMART INC.'S RESP TO PLTF'S FIRST SET
OF REQUESTS FOR PRODUCTION – 17
Case No. 1:23-cv-03116-MKD
FP 50249016.2

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

## CERTIFICATE OF SERVICE

I hereby certify that on the date below written, I served a copy of **DEFENDANT WALMART INC.'S RESPONSE TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION** via email and addressed as follows:

Ada K. Wong
Rolf Gardner Toren
AKW LAW, P.C.
12055 15th Ave NE, Suite 200
Seattle, WA  98125
ada@akw-law.com
rolf@akw-law.com
kaila@akw-law.com

DATED this 3rd day of May 2024.

Stacey Miller

Certificate of Service - 1
Case No. 1:23-cv-03116-MKD

FP 50249016.1
FP 50249016.2