# EXHIBIT D

**TO PLAINTIFF'S BRIEF RE: DEFENDANTS' OUTSTANDING DISCOVERY**

Clarence M. Belnavis, WSBA #36681
cbelnavis@fisherphillips.com
Stephen M. Scott, WSBA #54061
smscott@fisherphillips.com
Stephan L. Kendall, WSBA #59526
skendall@fisherphillips.com
FISHER & PHILLIPS LLP
1700 Seventh Avenue, Suite 2200
Seattle, WA 98101
Telephone: 206.682.2308
Facsimile: 206.682.7908
*Attorneys for Defendants Walmart Inc.
and Wal-Mart Associates, Inc.*

HONORABLE MARY K. DIMKE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT YAKIMA

ANDREA GARCIA,

          Plaintiff,

    v.

WALMART, INC. d/b/a WALMART #2269; WAL-MART ASSOCIATES, INC.; "DOE(S) 1-100" employees of WALMART, INC. AND/OR WALMART STORE #2269; and "CORPORATION(S) XYZ 1-100,"

          Defendants.

NO. 1:23-cv-03116-MKD

**DEFENDANT WALMART INC.'S SUPPLEMENTAL ANSWER TO PLAINTIFF'S FIRST SET OF INTERROGATORIES**

WALMART'S SUPPLEMENTAL ANSWER TO PLTF'S FIRST SET OF INTERROGATORIES – 1
Case No. 1:23-cv-03116-MKD

FP 51117738.1

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

Defendant Walmart Inc. d/b/a Walmart #2269 ("Walmart" or "Defendant") hereby supplements, objects, and responds to Plaintiff's First Set of Interrogatories to Defendant Walmart Inc. (the "Interrogatories") as follows:

Walmart submits these responses and objections subject to, without intending to waive, and expressly preserving: (a) any objections as to the competence, relevance, materiality, privilege, immunity, and admissibility into evidence of any information produced in response to the Interrogatories; (b) the right to object to other discovery procedures involving or relating to the subject matter of the Interrogatories; and (c) the right at any time to revise, correct, or supplement any of the responses herein.

**GENERAL OBJECTIONS**

Walmart responds to each and every part of the Interrogatories subject to the following General Objections. These General Objections are incorporated into and form part of the responses to each and every part of the Interrogatories and are set for herein to avoid duplication and repetition of restating them for each specific response. The General Objections may be referred to specifically in certain responses for the purpose of clarity; however, the failure to specifically incorporate any General Objection is not, and should not be construed as, a waiver of the same.

/ / /

WALMART'S SUPPLEMENTAL ANSWER TO
PLTF'S FIRST SET OF INTERROGATORIES – 2
Case No. 1:23-cv-03116-MKD
FP 51117738.1

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

1.    Walmart objects to the Interrogatories to the extent that they seek information that is neither relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence.

2.    Walmart objects to the Interrogatories to the extent that they seek information beyond that which is permitted or required by the Federal Rules of Civil Procedure, are unduly burdensome or harassing, or seek irrelevant information.

3.    Walmart objects to the Interrogatories to the extent that they seek information beyond the scope of the Complaint.

4.    Walmart objects to the Interrogatories to the extent that they call for information protected by the attorney-client privilege, the work product doctrine, and any other privilege, protection or doctrine of similar effect. Any inadvertent production of information that is properly the subject of a privilege or protection shall not be deemed a waiver, in whole or in part, of any such privilege or protection.

5.    Walmart objects to each Interrogatory to the extent that it seeks proprietary or confidential business information, trade secrets, or other sensitive information.

6.    Walmart objects to the Interrogatories to the extent that they are not limited to the relevant time period in this action.

WALMART'S SUPPLEMENTAL ANSWER TO PLTF'S FIRST SET OF INTERROGATORIES – 3
Case No. 1:23-cv-03116-MKD
FP 51117738.1

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

7.    Walmart objects to each Interrogatory to the extent that it is overly broad or unduly burdensome.

8.    Walmart objects to the Interrogatories to the extent that they call for information that is not within Walmart's possession, custody, or control, or that is equally accessible to Plaintiff through the exercise of diligent and reasonable efforts.

9.    Walmart objects to the Interrogatories to the extent that they are vague or ambiguous.

10.    The production of any information in response to an interrogatory, when such interrogatory is objected to, shall not constitute waiver of any applicable objection.

## SPECIFIC ANSWERS TO INTERROGATORIES

**REQUEST FOR INTERROGATORY NO. 4:** Please identify all of Defendant WALMART, INC.'s agents, personnel, staff, contractors, and/or employees who has or had any responsibility regarding investigating sexual harassment reports, handling leave/paid time off requests, and/or human resource duties relevant to the location(s) Plaintiff worked at during her employment period. This Interrogatory further includes but is not limited to full name, position title(s), dates of employment, and job description/duties and responsibilities.

/ / /

WALMART'S SUPPLEMENTAL ANSWER TO
PLTF'S FIRST SET OF INTERROGATORIES – 4
Case No. 1:23-cv-03116-MKD
FP 51117738.1

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

**SUPPLEMENTAL ANSWER:** Subject to and without waiving any prior objections raised to this Interrogatory, Defendant further answers that all employees with the job title of Team Lead, Coach, and Store Manager may assist associates with taking a leave, depending upon the purpose of the requested leave. At the store level, People Leads administer most Human Resources duties.

**REQUEST FOR INTERROGATORY NO. 12:** Please identify all individuals with the power to terminate/request HR for termination of an employee's employment in the last five (5) years at the location Plaintiff ANDREA GARCIA worked. This includes full name, position title(s), dates of employment, job description/duties and responsibilities, and contact information.

**SUPPLEMENTAL ANSWER:** Subject to and without waiving any prior objections raised to this Interrogatory, Defendant further answers that all employees with the job title of Team Lead or above may terminate employees.

**REQUEST FOR INTERROGATORY NO. 13:** Please identify all complaints, reports, and/or allegations of sexual harassment, workplace misconduct, violation of policy or procedure, retaliation, hostile work environment, and/or discrimination made to Supervisor Kristina Escobar at the location Plaintiff ANDREA GARCIA worked. This includes the full name of each individual who made the report(s)/complaint(s) and the date each allegation was made, whether or not an investigation was completed as to each

WALMART'S SUPPLEMENTAL ANSWER TO
PLTF'S FIRST SET OF INTERROGATORIES – 5
Case No. 1:23-cv-03116-MKD

FP 51117738.1

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

report(s)/complaint(s), the nature of the investigation including identification of documents reviewed and witnesses interviewed as well as any other aspects of the investigation, the conclusion of said investigation, and the current employment status of each individual. If the individual no longer works for Defendants, provide the date of separation from the Defendants and reason for separation, for each individual.

**SUPPLEMENTAL ANSWER:** Subject to and without waiving any prior objections raised to this Interrogatory, Defendant further answers: outside of information already produced, none.

**REQUEST FOR INTERROGATORY NO. 14:** Please identify all terminations decisions/requests for termination made from Supervisor Kristina Escobar during her period of employment with Defendant WALMART INC. This includes actual terminations as well as requests for terminations. Identify the individuals, who the decision/request was made to, whether or not an investigation was completed as to each decision/request, the nature of the investigation including identification of documents reviewed and witnesses interviewed as well as any other aspects of the investigation, the conclusion of said investigation, and the current employment status of each individual. If the individual no longer works for Defendant, provide the date of separation from Defendant and reason for separation.

WALMART'S SUPPLEMENTAL ANSWER TO
PLTF'S FIRST SET OF INTERROGATORIES – 6
Case No. 1:23-cv-03116-MKD
FP 51117738.1

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

**SUPPLEMENTAL ANSWER:** Subject to and without waiving any prior objections raised to this Interrogatory, Defendant further answers that Ms. Escobar has been involved in approximately 30-35 employee terminations during her tenure with Walmart. The most common reason for those terminations was violations of Walmart's attendance policies.

**REQUEST FOR INTERROGATORY NO. 15:** Please identify all reports, complaints, and/or investigations regarding Supervisor Kristina Escobar during her period of employment with Defendant WALMART INC., and any discipline, warning, write-up, and/or investigations. Identify the individuals, the date each allegation was made, whether or not an investigation was completed as to each report(s)/complaint(s), the nature of the investigation including identification of documents reviewed and witnesses interviewed as well as any other aspects of the investigation, the conclusion of said investigation, and the current employment status of each individual and their employment dates and reason for separation.

/ / /

/ / /

/ / /

/ / /

/ / /

WALMART'S SUPPLEMENTAL ANSWER TO
PLTF'S FIRST SET OF INTERROGATORIES – 7
Case No. 1:23-cv-03116-MKD
FP 51117738.1

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

**SUPPLEMENTAL ANSWER:** Subject to and without waiving any prior objections raised to this Interrogatory, Defendant further answers: outside of information already produced, none.

DATED this 28th day of June 2024.

FISHER & PHILLIPS LLP

*s/ Stephan L. Kendall*
Clarence M. Belnavis, WSBA #36681
cbelnavis@fisherphillips.com
Stephen M. Scott, WSBA #54061
smscott@fisherphillips.com
Stephan L. Kendall, WSBA #59526
skendall@fisherphillips.com
1700 Seventh Avenue, Suite 2200
Seattle, WA 98101
Telephone: 206.682.2308
Facsimile: 206.682.7908

*Attorneys for Defendants Walmart Inc.*
*and Wal-Mart Associates, Inc.*

WALMART'S SUPPLEMENTAL ANSWER TO
PLTF'S FIRST SET OF INTERROGATORIES – 8
Case No. 1:23-cv-03116-MKD
FP 51117738.1

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

## ATTORNEY CERTIFICATION

The undersigned counsel for defendant hereby certifies Defendant's Answers pursuant to Federal Rule of Civil Procedure 26(g).

Dated this 28th day of June 2024.

*s/ Stephan L. Kendall*
Clarence M. Belnavis, WSBA #36681
Stephen M. Scott, WSBA #54031
Stephan L. Kendall, WSBA #59526
*Attorneys for Defendants Walmart Inc. and Wal-Mart Associates, Inc.*

WALMART'S SUPPLEMENTAL ANSWER TO
PLTF'S FIRST SET OF INTERROGATORIES – 9
Case No. 1:23-cv-03116-MKD

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 51117738.1

## **DECLARATION OF RESPONDING PARTY**

I declare under the penalty of perjury under the laws of the State of Washington that I am the Defendant in this action OR I am the

_____ of _____

and am authorized to make the foregoing answers. I declare that I have read the foregoing answers, know the contents thereof, and believe them to be true and correct.

Dated this _____ day of _____, 2024, at _____, Washington.

Signed: _____

Print Name: _____

Its: _____

Address: _____

_____

_____

WALMART'S SUPPLEMENTAL ANSWER TO
PLTF'S FIRST SET OF INTERROGATORIES – 10
Case No. 1:23-cv-03116-MKD
FP 51117738.1

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

## CERTIFICATE OF SERVICE

I hereby certify that on the date below written, I served a copy of **DEFENDANT WALMART INC.'S SUPPLEMENTAL ANSWER TO PLAINTIFF'S FIRST SET OF INTERROGATORIES** via email and addressed as follows:

Ada K. Wong
Rolf Gardner Toren
AKW LAW, P.C.
12055 15th Ave NE, Suite 200
Seattle, WA  98125
ada@akw-law.com
rolf@akw-law.com
kaila@akw-law.com

DATED this 28th day of June 2024.

_____
Stacey Miller

Certificate of Service - 1
Case No. 1:23-cv-03116-MKD

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 51117738.1