Ada K. Wong, WSBA #45936
Rolf Gardner Toren, WSBA #58597
AKW LAW, P.C.
115 NE 100th St, Suite 220A
Seattle, WA 98125
Tel.: (206) 259-1259
Attorneys for Plaintiff Garcia

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT YAKIMA

| | |
|---|---|
| ANDREA GARCIA,<br><br>                    Plaintiff,<br><br>v.<br><br>WALMART, INC. d/b/a WALMART #2269, *et al.*,<br><br>                    Defendants. | Case No. 1:23-CV-03116-MKD<br><br>**PLAINTIFF'S BRIEF RE: DEFENDANTS' OUTSTANDING DISCOVERY** |

This matter comes before the Court on the Court's Order Setting Discovery Dispute Briefing Deadline.  ECF No. 47.  On December 20, 2024, counsel met and conferred on the discovery issues in this motion, and were unable to reach an agreement.  In hopes to avoid bothering the Court, Plaintiff followed up with letters on December 20 and 27 to understand if Defendants have changed their position on previously discussed discovery issues, to no avail.

Plaintiff's Brief re: Defendants' Outstanding Discovery
1:23-CV-03116-MKD - 1

**AKW LAW, P.C.**
115 NE 100th St, Suite 220A
Seattle, WA 98125
Tel. (206) 259-1259 / Fax (855) 925-9529

**Discovery at Issue**

**Request for Production No. 7/Interrogatory No. 11:**[1]  This Request and Interrogatory seeks records of employees disciplined or terminated in the last 5 years at Plaintiff's store under the same policy Plaintiff was allegedly fired for (Attendance and Punctuality).

In response to this request, Defendants have produced a chart of employees who were terminated.  This chart contained roughly 150 employees.  Plaintiff went through the document and specifically identified 55 employees who fall under the category of terminated for Attendance/Punctuality.  Defendants agreed to only produce the employment files of 13 of those employees that were directly fired by Kristina Escobar.  During counsel's meet and confer conference, Plaintiff pointed out that the document does not verify that Escobar, Jones, or other involved individuals did *not* have any role in terminating the other 32 employees.  Defense counsel was unable to confirm either. The dispute is for 32 employee's records.  The records sought are not their entire personnel files – only records of attendance, discipline, occurrences, point values, excused or not, and any reasons related to such.  Defendants refuse to produce despite these

[1] **Exhibits A and B** are Defendant Walmart Inc.'s Answer to Plaintiff's First Set of Interrogatories and Request for Production.

Plaintiff's Brief re: Defendants' Outstanding Discovery
1:23-CV-03116-MKD - 2

**AKW LAW**, P.C.
115 NE 100th St, Suite 220A
Seattle, WA 98125
Tel. (206) 259-1259 / Fax (855) 925-9529

employees are already limited to 5 years when Escobar worked at Walmart for nearly 2 decades, and for only their Walmart location.[2]

**Rule 30(b)(6) Deposition and Affirmative Defenses:** The parties have been in front of this Court prior for the topic of Affirmative Defenses for the Rule 30(b)(6) deposition.  ECF 46.  The Court directed the parties to engage in written discovery on that issue.  Since that time, Plaintiff has served written discovery.  Plaintiff now seeks to ask questions concerning this topic during the Rule 30(b)(6) Deposition.  Plaintiff reached out to Defendants to understand if they maintain their objections.[3]  Defendants refused to confirm.  Plaintiff now seeks Court guidance on this issue should Defendants refuse to respond or refuse to identify a Rule 30(b)(6) representative for this topic.

**Interrogatory No. 9**: Seeks reports similar to those raised by Plaintiff Garcia.  The Court ordered Plaintiff to narrow scope of this interrogatory and Defendants' counsel to respond.  ECF No. 39 at 4.  The parties met and conferred and Defendants partially supplemented on September 13, 2024.[4] The parties met and conferred again on September 18, 2024 wherein the Defendants promised

---

[2] **Exhibit C** is a recap of the meet and confer conference dated 12/20/24.
[3] **Exhibit C.**
[4] **Exhibit D** is Defendant Walmart Inc.'s Supplemental Answer to Plaintiff's First Set of Interrogatories served on September 13, 2024.

Plaintiff's Brief re: Defendants' Outstanding Discovery
1:23-CV-03116-MKD - 3

complete supplementation would be provided by September 24, 2024.[5]  They have not yet supplemented.  Plaintiff has followed up, to no avail.  Plaintiff requests Defendants supplement within one week from the hearing.

**Request for Admission No. 6:**[6]  This request for admission ask Defendants to admit or dent that Supervisor Kristina Escobar had the power to fire Plaintiff Andrea Garcia.  Despite multiple conferences on this, Defendants continue to refuse to admit or deny if Ms. Escobar had the power to terminate Plaintiff Garcia, instead giving a non-answer.  Plaintiff has followed up to get a response to this request and Defendants agreed to provide a response by 9/26/24.[7]  Defendants did not provide a response nor supplement the Request for Admission, continuing its delay and ignore tactics.

**DATED** January 3, 2025.

AKW LAW, P.C.

/s/ Ada K. Wong
Ada K. Wong, WSBA #45936
Rolf Gardner Toren, WSBA #58597

---

[5] **Exhibit E** which is a letter dated September 18, 2024 which recaps a meet and confer conference wherein Defendant agreed to supplement Interrogatory 9 by 9/24/2024.

[6] **Exhibit F** is Defendant Walmart Inc.'s Answer to Plaintiff's Second Set Of Requests For Admission

[7] **Exhibit E.**

Plaintiff's Brief re: Defendants' Outstanding Discovery
1:23-CV-03116-MKD - 4

115 NE 100th St, Suite 220A
Seattle, WA 98125
Tel.: (206) 259-1259
Fax: (855) 925-9529
E-mail: ada@akw-law.com
E-mail: rolf@akw-law.com

Plaintiff's Brief re: Defendants' Outstanding Discovery
1:23-CV-03116-MKD - 5

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2025, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

> Clarence M. Belnavis
> Stephen M. Scott
> Stephan L. Kendall
> FISHER & PHILLIPS, LLP
> 1700 Seventh Avenue, Suite 220
> Seattle, WA 98101
> Telephone: (206) 682-2308
> Facsimile: (206) 682-7908
> Email: cbelnavis@fisherphillips.com
> Email: smscott@fisherphillips.com
> Email: skendall@fisherphillips.com
> Email: cmcclintock@fisherphillips.com
> Email: slmiller@fisherphillips.com
> Attorneys for Defendants

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED: January 3, 2025, at Seattle, Washington.

_/s/ Kaila A. Stewart_
Kaila A. Stewart, Paralegal

Plaintiff's Brief re: Defendants' Outstanding Discovery
1:23-CV-03116-MKD - 6

**AKW LAW**, P.C.
115 NE 100th St, Suite 220A
Seattle, WA 98125
Tel. (206) 259-1259 / Fax (855) 925-9529