# EXHIBIT A

## TO PLAINTIFF'S BRIEF RE: DEFENDANTS' OUTSTANDING DISCOVERY

Clarence M. Belnavis, WSBA #36681
cbelnavis@fisherphillips.com
Stephen M. Scott, WSBA #54061
smscott@fisherphillips.com
Stephan L. Kendall, WSBA #59526
skendall@fisherphillips.com
FISHER & PHILLIPS LLP
1700 Seventh Avenue, Suite 2200
Seattle, WA 98101
Telephone: 206.682.2308
Facsimile: 206.682.7908
*Attorneys for Defendants Walmart Inc.*
*and Wal-Mart Associates, Inc.*

HONORABLE MARY K. DIMKE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT YAKIMA

ANDREA GARCIA,

                Plaintiff,

    v.

WALMART, INC. d/b/a WALMART #2269; WAL-MART ASSOCIATES, INC.; "DOE(S) 1-100" employees of WALMART, INC. AND/OR WALMART STORE #2269; and "CORPORATION(S) XYZ 1-100,"

                Defendants.

NO. 1:23-cv-03116-MKD

**DEFENDANT WALMART INC.'S ANSWER TO PLAINTIFF'S FIRST SET OF INTERROGATORIES**

WALMART INC.'S ANSWER TO PLTF'S FIRST SET OF INTERROGATORIES – 1
Case No. 1:23-cv-03116-MKD
FP 50346888.1

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

Defendant Walmart Inc. d/b/a Walmart #2269 ("Walmart" or "Defendant") hereby objects and responds to Plaintiff's First Set of Interrogatories to Defendant Walmart Inc. (the "Interrogatories") as follows:

Walmart submits these responses and objections subject to, without intending to waive, and expressly preserving: (a) any objections as to the competence, relevance, materiality, privilege, immunity, and admissibility into evidence of any information produced in response to the Interrogatories; (b) the right to object to other discovery procedures involving or relating to the subject matter of the Interrogatories; and (c) the right at any time to revise, correct, or supplement any of the responses herein.

## **GENERAL OBJECTIONS**

Walmart responds to each and every part of the Interrogatories subject to the following General Objections. These General Objections are incorporated into and form part of the responses to each and every part of the Interrogatories and are set for herein to avoid duplication and repetition of restating them for each specific response. The General Objections may be referred to specifically in certain responses for the purpose of clarity; however, the failure to specifically incorporate any General Objection is not, and should not be construed as, a waiver of the same.

/ / /

WALMART INC.'S ANSWER TO PLTF'S FIRST
SET OF INTERROGATORIES – 2
Case No. 1:23-cv-03116-MKD
FP 50346888.1

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

1. Walmart objects to the Interrogatories to the extent that they seek information that is neither relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence.

2. Walmart objects to the Interrogatories to the extent that they seek information beyond that which is permitted or required by the Federal Rules of Civil Procedure, are unduly burdensome or harassing, or seek irrelevant information.

3. Walmart objects to the Interrogatories to the extent that they seek information beyond the scope of the Complaint.

4. Walmart objects to the Interrogatories to the extent that they call for information protected by the attorney-client privilege, the work product doctrine, and any other privilege, protection or doctrine of similar effect. Any inadvertent production of information that is properly the subject of a privilege or protection shall not be deemed a waiver, in whole or in part, of any such privilege or protection.

5. Walmart objects to each Interrogatory to the extent that it seeks proprietary or confidential business information, trade secrets, or other sensitive information.

6. Walmart objects to the Interrogatories to the extent that they are not limited to the relevant time period in this action.

WALMART INC.'S ANSWER TO PLTF'S FIRST
SET OF INTERROGATORIES – 3
Case No. 1:23-cv-03116-MKD
FP 50346888.1

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

7.    Walmart objects to each Interrogatory to the extent that it is overly broad or unduly burdensome.

8.    Walmart objects to the Interrogatories to the extent that they call for information that is not within Walmart's possession, custody, or control, or that is equally accessible to Plaintiff through the exercise of diligent and reasonable efforts.

9.    Walmart objects to the Interrogatories to the extent that they are vague or ambiguous.

10.    The production of any information in response to an interrogatory, when such interrogatory is objected to, shall not constitute waiver of any applicable objection.

## **SPECIFIC ANSWERS TO INTERROGATORIES**

**REQUEST FOR INTERROGATORY NO. 1:** Please identify all persons who were consulted or who assisted in answering these discovery requests, or who furnished information that was used in answering them, including names, address, telephone numbers, and relationship with Defendant WALMART, INC.

**ANSWER:** Defendant objects to this interrogatory to the extent it requires providing the contact information of current Walmart supervisors. Subject to and without waiving any objections, Defendant answers: Ashli Palmer and Kristina Escobar – current Walmart employees.

WALMART INC.'S ANSWER TO PLTF'S FIRST
SET OF INTERROGATORIES – 4
Case No. 1:23-cv-03116-MKD
FP 50346888.1

**REQUEST FOR INTERROGATORY NO. 2:** Identify each person whom you believe may have knowledge of the facts, claims, and/or defenses in this case. This requires you to identify the person, the specific facts and information of which each person has knowledge, whether each person is a current and/or former employee, agent, or officer of Defendant WALMART, INC., and any documents known to be in such persons' possession which are relevant to the facts, claims, and/or defenses in this case.

**ANSWER:** Defendant answers as follows. Defendant reserves the right to update this answer as more information is learned:

| Individual | Facts | Walmart Relationship | Documents |
|---|---|---|---|
| Kristina Escobar | Plaintiff's performance and termination | Employee | Currently Unknown |
| Jandi Jones | Plaintiff's performance and termination | Employee | Currently Unknown |
| Ashli Palmer | Walmart's policies | Employee | Currently Unknown |
| Plaintiff | Plaintiff's allegations | Ex-employee | Currently Unknown |
| Samantha Decker | Plaintiff's performance | Ex-employee | Currently Unknown |
| Shawn Hernandez | Plaintiff's allegations and performance | Ex-Employee | Currently Unknown |

**REQUEST FOR INTERROGATORY NO. 3:** Please identify all Defendant WALMART, INC. employees who worked at the location(s) Plaintiff

WALMART INC.'S ANSWER TO PLTF'S FIRST
SET OF INTERROGATORIES – 5
Case No. 1:23-cv-03116-MKD
FP 50346888.1

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

ANDREA GARCIA (including but not limited to the Yakima, Washington location) worked during her employment period. This includes identifying names, dates of employment, reasons for separation, position and/or job titles, last known contact information, and describe the nature of the individual's work relationship with Plaintiff ANDREA GARCIA by designating any person who had supervisory/managerial role over Plaintiff.

**ANSWER:** Defendant objects to this interrogatory as overbroad and disproportionate to the needs of the case. Identifying the dates of employment, reasons for separation, job titles, and contact information for hundreds of employees that were employed at a Walmart Supercenter over the course of approximately one year is irrelevant and highly burdensome to acquire. Defendant requests Plaintiff clarify and/or narrow this interrogatory.

**REQUEST FOR INTERROGATORY NO. 4:** Please identify all of Defendant WALMART, INC.'s agents, personnel, staff, contractors, and/or employees who has or had any responsibility regarding investigating sexual harassment reports, handling leave/paid time off requests, and/or human resource duties relevant to the location(s) Plaintiff worked at during her employment period. This Interrogatory further includes but is not limited to full name, position title(s), dates of employment, and job description/duties and responsibilities.

/ / /

WALMART INC.'S ANSWER TO PLTF'S FIRST
SET OF INTERROGATORIES – 6
Case No. 1:23-cv-03116-MKD
FP 50346888.1

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

**ANSWER:** Defendant objects to this interrogatory as overbroad and disproportionate to the needs of the case. Defendant further objects to this request as seeking additional information including but not limited to certain items, which fails to specify what information Plaintiff seeks. Identifying each and every employee that handled, for example, PTO requests, would require identification of management personnel wholly irrelevant to the claims and defenses at issue in the current lawsuit. Subject to and without waiving any objections, pursuant to FRCP 33(d) Defendant will produce documents sufficient to show the policies regarding sexual harassment, paid time off, and leave requests.

**REQUEST FOR INTERROGATORY NO. 5:** If Defendant WALMART, INC. (including its officers, owners, employees, agents, independent contractors, staff, and/or personnel) had any communications, in any form, with any person (excluding its attorneys), regarding the matters alleged in Plaintiff ANDREA GARCIA's Amended Complaint or Defendant's Answer and Affirmative Defenses, state the identity of the person(s) with whom such communications were made, what was said to the person(s), and the date and form (written or oral) of each such communications.

**ANSWER:** Defendant objects to this request as overbroad and disproportionate to the needs of the case. As written, answering this interrogatory would require asking every single Walmart employee if they had any oral or

WALMART INC.'S ANSWER TO PLTF'S FIRST
SET OF INTERROGATORIES – 7
Case No. 1:23-cv-03116-MKD
FP 50346888.1

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

written communications regarding any of the claims or defenses at issue in this lawsuit. Defendant therefore requests Plaintiff clarify and/or narrow this interrogatory.

**REQUEST FOR INTERROGATORY NO. 6:** Please identify all earned, requested, and used leave, time off, or vacation for Plaintiff ANDREA GARCIA during her employment with Defendant WALMART INC. Requested leave means Paid Time Off (PTO) or Protected Paid Time Off (PPTO) that Plaintiff ANDREA GARCIA used or attempted to use to take time off or towards her occurrences. Include the date each request was made by Plaintiff, the person(s) each request was made to, the reason the leave, time off, or vacation was requested, and Defendant WALMART, INC.'s response to each request.

**ANSWER:** Pursuant to FRCP 33(d), Defendant will produce a document sufficient to show when Plaintiff made time off requests, what form of time off was requested, and whether such request was approved or denied.

**REQUEST FOR INTERROGATORY NO. 7:** Please identify all occurrences by Plaintiff ANDREA GARCIA's during the course of her employment with Defendant WALMART, INC. This includes the date of the occurrence, the designation of the occurrence, and the point value associated with that occurrence. Occurrence in this context is related to attendance.

/ / /

WALMART INC.'S ANSWER TO PLTF'S FIRST
SET OF INTERROGATORIES – 8
Case No. 1:23-cv-03116-MKD

FP 50346888.1

**ANSWER:** Pursuant to FRCP 33(d), Defendant will produce documents sufficient to show when Plaintiff was absent from work on a scheduled workday, and if such an absence resulted in an occurrence.

**REQUEST FOR INTERROGATORY NO. 8:** Please identify all of Defendant WALMART, INC.'s trainings, materials, handbooks, policies, procedures, manuals, guidelines, bulletins, notes, memoranda, letters, and/or e-mails regarding, referring, or related to retaliation, sexual harassment, wrongful termination in violation of public policy, occurrences, attendance, time off, paid time off, protected paid time off, point values, absences, and/or vacation. This Interrogatory is limited in scope to Plaintiff's place of employment from May 1, 2022 to present.

**ANSWER:** Defendant objects to this interrogatory as overbroad and disproportionate to the needs of the case. As written, answering this interrogatory would require Defendant to search for approximately two years of vague materials, guidelines, bulletins, notes, and/or letters. Subject to and without waiving any objections, pursuant to FRCP 33(d), Defendant will produce documents sufficient to show its policies regarding sexual harassment, retaliation, attendance, and time off as they applied to Plaintiff.

**REQUEST FOR INTERROGATORY NO. 9:** Please identify Defendant WALMART, INC.'s employees, agents, independent contractors, staff, and/or

WALMART INC.'S ANSWER TO PLTF'S FIRST
SET OF INTERROGATORIES – 9
Case No. 1:23-cv-03116-MKD
FP 50346888.1

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

personnel, including Plaintiff ANDREA GARCIA, who have or had reported any allegations of retaliation, failure to report misconduct/policy violation, wrongful discharge, sexual harassment, and negligent supervision and hiring and failure to train over the last five (5) years, including the full name of each individual who made the allegation and the date each allegation was made, whether or not an investigation was completed as to each reported allegation, the nature of the investigation including identification of documents reviewed and witnesses interviewed as well as any other aspects of the investigation, the conclusion of said investigation, and the current employment status of each individual. If the individual no longer works for Defendants, provide the date of separation from the Defendants and reason for separation, for each individual.

**ANSWER:** Defendant objects to this interrogatory as overbroad and disproportionate to the needs of the case in that it contains no geographic limitation. Walmart employs millions of employees and requiring Defendant to list out each and every employee that has complained regarding any of the above topics over the course of five years is therefore disproportionate to the needs of the case. Defendant requests Plaintiff clarify and/or narrow this interrogatory.

**REQUEST FOR INTERROGATORY NO. 10:** If Defendant WALMART, INC. contends it conducted (an) investigation(s) into Plaintiff ANDREA GARCIA's complaints or reports regarding sexual harassment or

WALMART INC.'S ANSWER TO PLTF'S FIRST
SET OF INTERROGATORIES – 10
Case No. 1:23-cv-03116-MKD
FP 50346888.1

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

Supervisor Kristina Escobar, at any time, state when Defendant WALMART, INC. first learned of the matter which was investigated; whether Defendant WALMART, INC. admits there was a prior (uninvestigated) complaint of any type from Plaintiff; the nature of each such (investigated or uninvestigated) complaint; who was responsible for conducting any investigation; what was the content of any investigation, including identification of documents reviewed and witnesses interviewed, as well as any other aspects of the investigation; what was the outcome or final decision of the investigation; and what, if any, action was taken as a result of the investigation, and/or of the complaint or claim which led to it.

**ANSWER:** Defendant objects to this interrogatory to the extent it seeks information protected by the attorney client privilege and/or work product doctrine. Subject to and without waiving any objections, Defendant answers that an investigation was conducted into the complaints at issue in this lawsuit. Pursuant to FRCP 33(d), Defendant will produce documents sufficient to show the details of the conducted investigations.

**REQUEST FOR INTERROGATORY NO. 11:** Please provide the names of all employees working at Defendant WALMART, INC., who were disciplined and/or terminated for violating Defendant WALMART, INC.'s Attendance and Punctuality Policy, including the individual's name, last known

WALMART INC.'S ANSWER TO PLTF'S FIRST
SET OF INTERROGATORIES – 11
Case No. 1:23-cv-03116-MKD
FP 50346888.1

contact information, position title, dates of employment, dates of occurrences/violations of said policy throughout their entire employment, exception type, points from each occurrence, occurrence activity, reason for occurrence, authorize or unauthorized, and who provided the information. The scope is this is limited to the last five (5) years at Plaintiff's place of employment.

**ANSWER:** Defendant objects to this request as overbroad and disproportionate to the needs of the case. The names, contact information, position title, dates of employment, dates of occurrences/violations of said policy throughout their entire employment, exception type, points from each occurrence, occurrence activity, and reason for occurrence, regarding each terminated employee over the course of five years is highly burdensome information to acquire while also being irrelevant to the claims and defenses in this lawsuit. Defendant therefore requests Plaintiff clarify and/or narrow this interrogatory.

**REQUEST FOR INTERROGATORY NO. 12:** Please identify all individuals with the power to terminate/request HR for termination of an employee's employment in the last five (5) years at the location Plaintiff ANDREA GARCIA worked. This includes full name, position title(s), dates of employment, job description/duties and responsibilities, and contact information.

**ANSWER:** Defendant objects to this interrogatory as overbroad and disproportionate to the needs of the case. All individuals with the ability to request

WALMART INC.'S ANSWER TO PLTF'S FIRST
SET OF INTERROGATORIES – 12
Case No. 1:23-cv-03116-MKD
FP 50346888.1

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

termination via HR would include all supervisors. Identifying every supervisor-level employee over the course of five years would be highly burdensome while also being irrelevant to the claims and defenses at issue in this lawsuit. Defendant therefore requests Plaintiff clarify and/or narrow this interrogatory.

**REQUEST FOR INTERROGATORY NO. 13:** Please identify all complaints, reports, and/or allegations of sexual harassment, workplace misconduct, violation of policy or procedure, retaliation, hostile work environment, and/or discrimination made to Supervisor Kristina Escobar at the location Plaintiff ANDREA GARCIA worked. This includes the full name of each individual who made the report(s)/complaint(s) and the date each allegation was made, whether or not an investigation was completed as to each report(s)/complaint(s), the nature of the investigation including identification of documents reviewed and witnesses interviewed as well as any other aspects of the investigation, the conclusion of said investigation, and the current employment status of each individual. If the individual no longer works for Defendants, provide the date of separation from the Defendants and reason for separation, for each individual.

**ANSWER:** Defendant objects to this request as vague and disproportionate to the needs of the case in that it seeks all vague "complaints" regarding any vague "workplace misconduct" or "violation of policy or procedure." Subject to and

WALMART INC.'S ANSWER TO PLTF'S FIRST
SET OF INTERROGATORIES – 13
Case No. 1:23-cv-03116-MKD
FP 50346888.1

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

without waiving any objections, pursuant to FRCP 33(d), Defendant will produce documents sufficient to show when Ms. Escobar received or reported complaints related to sexual harassment and retaliation during the time that Plaintiff was employed.

**REQUEST FOR INTERROGATORY NO. 14:** Please identify all terminations decisions/requests for termination made from Supervisor Kristina Escobar during her period of employment with Defendant WALMART INC. This includes actual terminations as well as requests for terminations. Identify the individuals, who the decision/request was made to, whether or not an investigation was completed as to each decision/request, the nature of the investigation including identification of documents reviewed and witnesses interviewed as well as any other aspects of the investigation, the conclusion of said investigation, and the current employment status of each individual. If the individual no longer works for Defendant, provide the date of separation from Defendant and reason for separation.

**ANSWER:** Defendant objects to this interrogatory as overbroad, seeking irrelevant information, and disproportionate to the needs of the case. Detailed information regarding every single employee that Ms. Escobar was involved in terminating, or more vaguely requesting the termination of, is not relevant to either party's claims or defenses. Defendant further objects to this interrogatory

WALMART INC.'S ANSWER TO PLTF'S FIRST
SET OF INTERROGATORIES – 14
Case No. 1:23-cv-03116-MKD
FP 50346888.1

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

as vague as to the term "any other aspects of the investigation" which fails to specify what information Plaintiff seeks, and therefore how Defendant should answer. Defendant requests Plaintiff clarify and/or narrow this interrogatory.

**REQUEST FOR INTERROGATORY NO. 15:** Please identify all reports, complaints, and/or investigations regarding Supervisor Kristina Escobar during her period of employment with Defendant WALMART INC., and any discipline, warning, write-up, and/or investigations. Identify the individuals, the date each allegation was made, whether or not an investigation was completed as to each report(s)/complaint(s), the nature of the investigation including identification of documents reviewed and witnesses interviewed as well as any other aspects of the investigation, the conclusion of said investigation, and the current employment status of each individual and their employment dates and reason for separation.

**ANSWER:** Defendant objects to this interrogatory as vague as to the term "complaints" which fails to specify what information Plaintiff seeks and therefore how Defendant should answer. As written, this interrogatory could include every written or oral instance in which any employee had any minor dispute regarding Ms. Escobar. Subject to and without waiving any objections, pursuant to FRCP 33(d), Defendant will produce documents sufficient to show the instances in which Ms. Escobar was the subject of a formal report or investigation, and the

WALMART INC.'S ANSWER TO PLTF'S FIRST
SET OF INTERROGATORIES – 15
Case No. 1:23-cv-03116-MKD
FP 50346888.1

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

outcome of said investigation.

**REQUEST FOR INTERROGATORY NO. 16:** Please identify all reports, complaints, and investigations regarding Stocker Jonathan Martinez during his period of employment with Defendant WALMART INC., and any discipline resulting from these reports, complaints, and investigations. Identify the individuals, who made the allegation and the date each a report(s)/complaint(s) was made, whether or not an investigation was completed as to each report(s)/complaint(s), the nature of the investigation including identification of documents reviewed and witnesses interviewed as well as any other aspects of the investigation, the conclusion of said investigation, and the current employment status of each individual and their employment dates and reason for separation.

**ANSWER:** Defendant objects to this interrogatory as vague as to the term "complaints" which fails to specify what information Plaintiff seeks and therefore how Defendant should answer. As written, this interrogatory could include every written or oral instance in which any employee had any minor dispute regarding Mr. Martinez. Subject to and without waiving any objections, pursuant to FRCP 33(d), Defendant will produce documents sufficient to show the instances in which Mr. Martinez was the subject of a formal report or investigation, and the outcome of said investigation.

WALMART INC.'S ANSWER TO PLTF'S FIRST
SET OF INTERROGATORIES – 16
Case No. 1:23-cv-03116-MKD
FP 50346888.1

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

**REQUEST FOR INTERROGATORY NO. 17:** Please identify the relationship (parent corporation, related entities, etc.) between Defendants WALMART INC. and WAL-MART ASSOCIATES, INC. from May 1, 2021 to present, including identification of which entity(ies) employed Plaintiff ANDREA GARCIA between May 2021 to May 2022.

**ANSWER:** Wal-Mart Associates, Inc. is a wholly owned subsidiary of Walmart Inc. Walmart Inc. and Wal-Mart Associates, Inc. do not dispute that they were properly named as defendants in this lawsuit.

DATED this 3rd day of May 2024.

FISHER & PHILLIPS LLP

*s/ Stephan L. Kendall*
Clarence M. Belnavis, WSBA #36681
cbelnavis@fisherphillips.com
Stephen M. Scott, WSBA #54061
smscott@fisherphillips.com
Stephan L. Kendall, WSBA #59526
skendall@fisherphillips.com
1700 Seventh Avenue, Suite 2200
Seattle, WA 98101
Telephone: 206.682.2308
Facsimile: 206.682.7908

*Attorneys for Defendants Walmart Inc.
and Wal-Mart Associates, Inc.*

WALMART INC.'S ANSWER TO PLTF'S FIRST
SET OF INTERROGATORIES – 17
Case No. 1:23-cv-03116-MKD
FP 50346888.1

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

## <u>ATTORNEY CERTIFICATION</u>

The undersigned counsel for defendant hereby certifies Defendant's Answers pursuant to Federal Rule of Civil Procedure 26(g).

Dated this 3rd day of May 2024.

*s/ Stephan L. Kendall*
Clarence M. Belnavis, WSBA #36681
Stephen M. Scott, WSBA #54031
Stephan L. Kendall, WSBA #59526
*Attorneys for Defendants Walmart Inc.*
*and Wal-Mart Associates, Inc.*

WALMART INC.'S ANSWER TO PLTF'S FIRST
SET OF INTERROGATORIES – 18
Case No. 1:23-cv-03116-MKD
FP 50346888.1

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

## **DECLARATION OF RESPONDING PARTY**

I declare under the penalty of perjury under the laws of the State of Washington that I am the Defendant in this action OR I am the

_____ of _____

and am authorized to make the foregoing answers. I declare that I have read the foregoing answers, know the contents thereof, and believe them to be true and correct.

Dated this _____ day of _____, 2024, at _____, Washington.

Signed: _____

Print Name: _____

Its: _____

Address: _____

_____

_____

WALMART INC.'S ANSWER TO PLTF'S FIRST SET OF INTERROGATORIES – 19
Case No. 1:23-cv-03116-MKD
FP 50346888.1

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

## CERTIFICATE OF SERVICE

I hereby certify that on the date below written, I served a copy of **DEFENDANT WALMART INC.'S ANSWER TO PLAINTIFF'S FIRST SET OF INTERROGATORIES** via email and addressed as follows:

Ada K. Wong
Rolf Gardner Toren
AKW LAW, P.C.
12055 15th Ave NE, Suite 200
Seattle, WA  98125
ada@akw-law.com
rolf@akw-law.com
kaila@akw-law.com

DATED this 3rd day of May 2024.

_____
Stacey Miller

Certificate of Service - 1
Case No. 1:23-cv-03116-MKD

FP 50346888.1
FP 50346888.2