# EXHIBIT C

## TO PLAINTIFF'S BRIEF RE: DEFENDANTS' OUTSTANDING DISCOVERY

**AKW LAW**

A LITIGATION FIRM

**Ada K. Wong,** Managing Partner
12055 15th Ave NE, Suite 200
Seattle, WA 98125
Direct: (206) 886-7886
E-mail: ada@akw-law.com

December 20, 2024

***Sent via E-mail to: cbelnavis@fisherphillips.com; smscott@fisherphillips.com;
skendall@fisherphillips.com; cmcclintock@fisherphillips.com***

Clarence M. Belnavis
Stephen M. Scott
Stephan L. Kendall
FISHER & PHILLIPS, LLP
1700 Seventh Avenue, Suite 2200
Seattle, WA 98101

> RE:     ***Andrea Garcia v. Walmart, Inc., et al.***
> **Eastern District of Washington | Case No. 1:23-cv-03116-MKD**
> **Defendants' Deficient Discovery Responses *– RECAP***

Dear Mr. Kendall:

Thank you for your time today to meet and confer.   This letter serves to summarize our conference as I understand it.  If there are any misunderstandings, please advise in writing immediately as that is not my intention.  Unless otherwise noted, all references for are both Defendants.

**Attendance, Discipline, etc. Records:** You confirmed that you put in the request yesterday for the records requested for the 13 employees you agreed to as related to Bates 2140 for Ms. Escobar for the last 5 years.  We were unable to reach an agreement on the other yellow highlighted employees and agreed to seek court guidance.  I explained our position as to why we want the records.  You stated that your agreement for the 13 is based on whether Ms. Escobar appeared in column P, but was unable to confirm whether others had the power to terminate despite their names being listed in column P and whether others had any role in the termination even if they aren't listed in column P.  You stated we'd get the agreed information and documents by January 9, 2025.

**ESI:** You confirmed we are on track to receive all ESI production no later than January 20, 2025, as previously agreed and there are no issues.

Stephen Kendall, *et al.*
***RE: Defendants' Deficient Discovery Responses – RECAP***
December 20, 2024
Page 2 of 2

**Depositions:** I reiterated that we want to take depositions soon, but aren't able to do so without full production of documents. You stated you can be available January 21-31, and February 4-6, 2025 for depositions. As such, I truly hope we will receive all promised documents on the dates you promised.

**Affirmative Defenses:** We didn't discuss this, but let me know if you still take issue with our Rule 30(b)(6) on this topic. Counsel already met and conferred, but if you still object, we can raise it in our conference with the court as well. Please confirm in writing by early next week if you still object.

Thank you and happy holidays.

Sincerely,

**AKW LAW**, P.C.

**Ada K. Wong**
Managing Partner