# EXHIBIT D

## TO PLAINTIFF'S BRIEF RE: DEFENDANTS' OUTSTANDING DISCOVERY

Clarence M. Belnavis, WSBA #36681
cbelnavis@fisherphillips.com
Stephen M. Scott, WSBA #54061
smscott@fisherphillips.com
Stephan L. Kendall, WSBA #59526
skendall@fisherphillips.com
FISHER & PHILLIPS LLP
1700 Seventh Avenue, Suite 2200
Seattle, WA 98101
Telephone: 206.682.2308
Facsimile: 206.682.7908
*Attorneys for Defendants Walmart Inc.*
*and Wal-Mart Associates, Inc.*

HONORABLE MARY K. DIMKE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT YAKIMA

ANDREA GARCIA,

                    Plaintiff,

          v.

WALMART, INC. d/b/a WALMART
#2269; WAL-MART ASSOCIATES,
INC.; "DOE(S) 1-100" employees of
WALMART, INC. AND/OR
WALMART STORE #2269; and
"CORPORATION(S) XYZ 1-100,"

                    Defendants.

NO. 1:23-cv-03116-MKD

**DEFENDANT WALMART INC.'S
SUPPLEMENTAL ANSWER TO
PLAINTIFF'S FIRST SET OF
INTERROGATORIES**

WALMART'S SUPPLEMENTAL ANSWER TO
PLTF'S FIRST SET OF ROGS – 1
Case No. 1:23-cv-03116-MKD
FP 52193562.1

Defendant Walmart Inc. d/b/a Walmart #2269 ("Walmart" or "Defendant") hereby supplements, objects, and responds to Plaintiff's First Set of Interrogatories to Defendant Walmart Inc. (the "Interrogatories") as follows:

Walmart submits these responses and objections subject to, without intending to waive, and expressly preserving: (a) any objections as to the competence, relevance, materiality, privilege, immunity, and admissibility into evidence of any information produced in response to the Interrogatories; (b) the right to object to other discovery procedures involving or relating to the subject matter of the Interrogatories; and (c) the right at any time to revise, correct, or supplement any of the responses herein.

## **GENERAL OBJECTIONS**

Walmart responds to each and every part of the Interrogatories subject to the following General Objections. These General Objections are incorporated into and form part of the responses to each and every part of the Interrogatories and are set for herein to avoid duplication and repetition of restating them for each specific response. The General Objections may be referred to specifically in certain responses for the purpose of clarity; however, the failure to specifically incorporate any General Objection is not, and should not be construed as, a waiver of the same.

/ / /

WALMART'S SUPPLEMENTAL ANSWER TO
PLTF'S FIRST SET OF ROGS – 2
Case No. 1:23-cv-03116-MKD
FP 52193562.1

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

1. Walmart objects to the Interrogatories to the extent that they seek information that is neither relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence.

2. Walmart objects to the Interrogatories to the extent that they seek information beyond that which is permitted or required by the Federal Rules of Civil Procedure, are unduly burdensome or harassing, or seek irrelevant information.

3. Walmart objects to the Interrogatories to the extent that they seek information beyond the scope of the Complaint.

4. Walmart objects to the Interrogatories to the extent that they call for information protected by the attorney-client privilege, the work product doctrine, and any other privilege, protection or doctrine of similar effect. Any inadvertent production of information that is properly the subject of a privilege or protection shall not be deemed a waiver, in whole or in part, of any such privilege or protection.

5. Walmart objects to each Interrogatory to the extent that it seeks proprietary or confidential business information, trade secrets, or other sensitive information.

6. Walmart objects to the Interrogatories to the extent that they are not limited to the relevant time period in this action.

WALMART'S SUPPLEMENTAL ANSWER TO
PLTF'S FIRST SET OF ROGS – 3
Case No. 1:23-cv-03116-MKD
FP 52193562.1

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

7.      Walmart objects to each Interrogatory to the extent that it is overly broad or unduly burdensome.

8.      Walmart objects to the Interrogatories to the extent that they call for information that is not within Walmart's possession, custody, or control, or that is equally accessible to Plaintiff through the exercise of diligent and reasonable efforts.

9.      Walmart objects to the Interrogatories to the extent that they are vague or ambiguous.

10.     The production of any information in response to an interrogatory, when such interrogatory is objected to, shall not constitute waiver of any applicable objection.

**SPECIFIC ANSWERS TO INTERROGATORIES**

**REQUEST FOR INTERROGATORY NO. 9:** Please identify Defendant WALMART, INC.'s employees, agents, independent contractors, staff, and/or personnel, including Plaintiff ANDREA GARCIA, who have or had reported any allegations of retaliation, failure to report misconduct/policy violation, wrongful discharge, sexual harassment, and negligent supervision and hiring and failure to train over the last five (5) years, including the full name of each individual who made the allegation and the date each allegation was made, whether or not an investigation was completed as to each reported allegation, the nature of the

WALMART'S SUPPLEMENTAL ANSWER TO
PLTF'S FIRST SET OF ROGS – 4
Case No. 1:23-cv-03116-MKD
FP 52193562.1

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

investigation including identification of documents reviewed and witnesses interviewed as well as any other aspects of the investigation, the conclusion of said investigation, and the current employment status of each individual. If the individual no longer works for Defendants, provide the date of separation from the Defendants and reason for separation, for each individual.

**ANSWER:** Defendant objects to this interrogatory as overbroad and disproportionate to the needs of the case in that it contains no geographic limitation. Walmart employs millions of employees and requiring Defendant to list out each and every employee that has complained regarding any of the above topics over the course of five years is therefore disproportionate to the needs of the case. Defendant requests Plaintiff clarify and/or narrow this interrogatory.

**SUPPLEMENTAL ANSWER:** Pursuant to the Court's August 20, 2024 Order and the parties' subsequent conferral, subject to and without waiving any objections, Defendant answers as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

WALMART'S SUPPLEMENTAL ANSWER TO
PLTF'S FIRST SET OF ROGS – 5
Case No. 1:23-cv-03116-MKD
FP 52193562.1

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

On March 11, 2020, associate Areli Leon reported to Walmart Ethics that Store Manager Jandi Jones did not properly report her complaints regarding her manager. An investigation was conducted by Bonnie Valentini. Defendant is currently searching for additional documentation regarding this report and will supplement appropriately if more responsive information is found.

DATED this 13th day of September 2024.

FISHER & PHILLIPS LLP

*s/ Stephan L. Kendall*
Clarence M. Belnavis, WSBA #36681
cbelnavis@fisherphillips.com
Stephen M. Scott, WSBA #54061
smscott@fisherphillips.com
Stephan L. Kendall, WSBA #59526
skendall@fisherphillips.com
1700 Seventh Avenue, Suite 2200
Seattle, WA 98101
Telephone: 206.682.2308
Facsimile: 206.682.7908

*Attorneys for Defendants Walmart Inc. and Wal-Mart Associates, Inc.*

WALMART'S SUPPLEMENTAL ANSWER TO
PLTF'S FIRST SET OF ROGS – 6
Case No. 1:23-cv-03116-MKD
FP 52193562.1

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

## <u>ATTORNEY CERTIFICATION</u>

The undersigned counsel for defendant hereby certifies Defendant's Answers pursuant to Federal Rule of Civil Procedure 26(g).

Dated this 13th day of September 2024.

*s/ Stephan L. Kendall*
Clarence M. Belnavis, WSBA #36681
Stephen M. Scott, WSBA #54031
Stephan L. Kendall, WSBA #59526
*Attorneys for Defendants Walmart Inc.*
*and Wal-Mart Associates, Inc.*

WALMART'S SUPPLEMENTAL ANSWER TO
PLTF'S FIRST SET OF ROGS – 7
Case No. 1:23-cv-03116-MKD
FP 52193562.1

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

## **DECLARATION OF RESPONDING PARTY**

I declare under the penalty of perjury under the laws of the State of Washington that I am the Defendant in this action OR I am the

_____ of _____

and am authorized to make the foregoing answers. I declare that I have read the foregoing answers, know the contents thereof, and believe them to be true and correct.

Dated this _____ day of _____, 2024, at _____,

Washington.

Signed: _____

Print Name: _____

Its: _____

Address: _____

_____

_____

WALMART'S SUPPLEMENTAL ANSWER TO
PLTF'S FIRST SET OF ROGS – 8
Case No. 1:23-cv-03116-MKD
FP 52193562.1

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the date below written, I served a copy of **DEFENDANT WALMART INC.'S SUPPLEMENTAL ANSWER TO PLAINTIFF'S FIRST SET OF INTERROGATORIES** via email and addressed as follows:

Ada K. Wong
Rolf Gardner Toren
AKW LAW, P.C.
12055 15th Ave NE, Suite 200
Seattle, WA  98125
ada@akw-law.com
rolf@akw-law.com
kaila@akw-law.com

DATED this 13th day of September 2024.

Stacey Miller

Certificate of Service - 1
Case No. 1:23-cv-03116-MKD

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 52193562.1