# EXHIBIT F

**TO PLAINTIFF'S BRIEF RE: DEFENDANTS' OUTSTANDING DISCOVERY**

Clarence M. Belnavis, WSBA #36681
cbelnavis@fisherphillips.com
Stephen M. Scott, WSBA #54061
smscott@fisherphillips.com
Stephan L. Kendall, WSBA #59526
skendall@fisherphillips.com
FISHER & PHILLIPS LLP
1700 Seventh Avenue, Suite 2200
Seattle, WA 98101
Telephone: 206.682.2308
Facsimile: 206.682.7908
*Attorneys for Defendants Walmart Inc.*
*and Wal-Mart Associates, Inc.*

HONORABLE MARY K. DIMKE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT YAKIMA

ANDREA GARCIA,

                Plaintiff,

    v.

WALMART, INC. d/b/a WALMART #2269; WAL-MART ASSOCIATES, INC.; "DOE(S) 1-100" employees of WALMART, INC. AND/OR WALMART STORE #2269; and "CORPORATION(S) XYZ 1-100,"

                Defendants.

NO. 1:23-cv-03116-MKD

**DEFENDANT WALMART INC.'S ANSWER TO PLAINTIFF'S SECOND SET OF REQUESTS FOR ADMISSION**

WALMART INC.'S ANSWER TO PLTF'S
SECOND SET OF REQUESTS FOR ADMISSION
– 1 (Case No. 1:23-cv-03116-MKD)

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 51755926.1

## SPECIFIC ANSWERS TO REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION NO. 6:** Admit or deny that Supervisor Kristina Escobar had the power to fire Plaintiff ANDREA GARCIA.

**ANSWER:** Defendant admits that employees in the position of team lead or higher can terminate associates in some situations. Employees who wish to terminate an associate need to make the store manager aware.

DATED this 3rd day of September 2024.

FISHER & PHILLIPS LLP

*s/ Stephan L. Kendall*
Clarence M. Belnavis, WSBA #36681
cbelnavis@fisherphillips.com
Stephen M. Scott, WSBA #54061
smscott@fisherphillips.com
Stephan L. Kendall, WSBA #59526
skendall@fisherphillips.com
1700 Seventh Avenue, Suite 2200
Seattle, WA 98101
Telephone: 206.682.2308
Facsimile: 206.682.7908

*Attorneys for Defendants Walmart Inc. and Wal-Mart Associates, Inc.*

WALMART INC.'S ANSWER TO PLTF'S
SECOND SET OF REQUESTS FOR ADMISSION
– 2 (Case No. 1:23-cv-03116-MKD)

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 51755926.1

## ATTORNEY CERTIFICATION

The undersigned counsel for defendant hereby certifies Defendant's Answers pursuant to Federal Rule of Civil Procedure 26(g).

Dated this 3rd day of September 2024.

*s/ Stephan L. Kendall*
Clarence M. Belnavis, WSBA #36681
Stephen M. Scott, WSBA #54031
Stephan L. Kendall, WSBA #59526
*Attorneys for Defendants Walmart Inc. and Wal-Mart Associates, Inc.*

WALMART INC.'S ANSWER TO PLTF'S SECOND SET OF REQUESTS FOR ADMISSION – 3 (Case No. 1:23-cv-03116-MKD)

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 51755926.1

## <u>DECLARATION OF RESPONDING PARTY</u>

I declare under the penalty of perjury under the laws of the State of Washington that I am the Defendant in this action OR I am the

_____ of _____

and am authorized to make the foregoing answers. I declare that I have read the foregoing answers, know the contents thereof, and believe them to be true and correct.

Dated this _____ day of _____, 2024, at _____, Washington.

Signed: _____

Print Name: _____

Its: _____

Address: _____

_____

_____

WALMART INC.'S ANSWER TO PLTF'S SECOND SET OF REQUESTS FOR ADMISSION – 4 (Case No. 1:23-cv-03116-MKD)

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 51755926.1

**CERTIFICATE OF SERVICE**

I hereby certify that on the date below written, I served a copy of **DEFENDANT WALMART INC.'S ANSWER TO PLAINTIFF'S SECOND SET OF REQUESTS FOR ADMISSION** via email and addressed as follows:

Ada K. Wong
Rolf Gardner Toren
AKW LAW, P.C.
12055 15th Ave NE, Suite 200
Seattle, WA  98125
ada@akw-law.com
rolf@akw-law.com
kaila@akw-law.com

DATED this 3rd day of September 2024.

_____
Stacey Miller

Certificate of Service - 1
Case No. 1:23-cv-03116-MKD

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 50346827.1
FP 51755926.1