# EXHIBIT A

**TO PLAINTIFF'S BRIEF RE: DEFENDANTS' OUTSTANDING DISCOVERY**



**Ada K. Wong |** Managing Partner

📍115 NE 100th St. #220A **|** Seattle, WA 98125
📞 (206) 886-7886 **|** ✉ ada@akw-law.com

February 13, 2025

***Sent via E-mail to:*** *cbelnavis@fisherphillips.com; smscott@fisherphillips.com; skendall@fisherphillips.com; cmcclintock@fisherphillips.com; slmiller@fisherphillips.com*

Clarence M. Belnavis
Stephen M. Scott
Stephan L. Kendall
FISHER & PHILLIPS, LLP
1700 Seventh Avenue, Suite 2200
Seattle, WA 98101

>    **RE:**   *Andrea Garcia v. Walmart, Inc., et al.*
>    **Eastern District of Washington | Case No. 1:23-cv-03116-MKD**
>    **Defendants' Outstanding Discovery *– RECAP***

Mr. Kendall:

Thank you for your time on February 12, 2025 to meet and confer.  This letter serves to summarize our conference as I understand it.  If there are any misunderstandings, please advise in writing immediately as that is not my intention.

- **Training materials** per our January 23rd letter.  I have not received a response from you to my January 31 email.  Please advise by this Friday, February 7, 2025.
  - See my other letter dated February 12, 2025.

- The **updated chart** related to Defendants' produced documents per your January 30 email.  Please provide by this Friday, February 7, 2025.
  - You confirmed you will produce by February 14, 2025.

- The **excel list of 3k employees (bates no. 2639)**.  I have not received a response to my January 15 email seeking clarification so we can receive the underlying documents to an RFP we served over 10 months ago.  Please advise by this Friday, February 7, 2025.

Stephen Kendall, *et al.*
**RE: Andrea Garcia v. Walmart, Inc., et al. – Defendants' Outstanding Discovery – *RECAP***
February 13, 2025
Page 2 of 2

> - You stated that you will reach back out to your Walmart contacts to see if you're able to provide more clarity on this document and how to interpret it. Besides this document reflecting employees from 2019 to present who accrued 5 or more points in a rolling 6 month period, we have no idea how to narrow or interpret this chart. You were unable to tell me what "TERMINATED TEAM" meant. I stated that we are looking for the termination date, reason, when the 5th (or more point) was accrued. You stated you will let me know by February 14, or February 17 at the latest.

- **Defendants' Rule 30(b)(6) deposition** designees, as well as their availability for the depositions. Please advise by this Friday, February 7, 2025.
  - You confirmed the two deponents are Ms. Jones and Ms. Escobar, and will provide the topic break down for each representative by February 14. I will send an amended Notice for the affirmative defense topic to clarify it's facts outside of the interrogatory responses. You confirmed the witnesses and your office are available early March as well as early May for depositions. I stated we still hope to take these depositions in early March, but that depends in large part on your timely production of all responsive documents. I also stated that I will be mostly unavailable in April.

- **ESI**
  - You confirmed that you are producing all responsive documents subject to ESI by February 14, 2025. There is only one outstanding ESI issue, which is the hit breakdown for: Train* w/10 disciplin* AND (saf* OR harass*), which resulted in 224 hits. You stated you will provide the hit breakdown by EOD February 13, so we can further narrow if needed.

- **RFP Chart**
  - You confirmed that will produce by February 14, 2025.

Sincerely,

**AKW LAW**, P.C.

**Ada K. Wong**
Managing Partner