# EXHIBIT B

## TO PLAINTIFF'S BRIEF RE: DEFENDANTS' OUTSTANDING DISCOVERY



**Ada K. Wong** | Managing Partner

📍115 NE 100th St. #220A | Seattle, WA 98125
📞 (206) 886-7886 | ✉ ada@akw-law.com

February 18, 2025

***Sent via E-mail to: cbelnavis@fisherphillips.com; smscott@fisherphillips.com; skendall@fisherphillips.com; cmcclintock@fisherphillips.com; slmiller@fisherphillips.com***

Clarence M. Belnavis
Stephen M. Scott
Stephan L. Kendall
FISHER & PHILLIPS, LLP
1700 Seventh Avenue, Suite 2200
Seattle, WA 98101

> **RE:** *Andrea Garcia v. Walmart, Inc., et al.*
> **Eastern District of Washington | Case No. 1:23-cv-03116-MKD**
> **Defendants' Outstanding Discovery** *– 2nd RECAP*

Mr. Kendall:

Thank you for your time on February 18, 2025 to meet and confer again on the below. This letter serves to summarize our conference as I understand it in green (blue from our February 13, 2025 recap letter). If there are any misunderstandings, please advise in writing immediately as that is not my intention.

- **Training materials** per our January 23rd letter. I have not received a response from you to my January 31 email. Please advise by this Friday, February 7, 2025.
  - See my other letter dated February 12, 2025.
  - You stated the request is in and your client is working on it.

- The **updated chart** related to Defendants' produced documents per your January 30 email. Please provide by this Friday, February 7, 2025.
  - You confirmed you will produce by February 14, 2025.
  - You are working on it and will produce by February 21, 2025.

Stephen Kendall, *et al.*
**RE: Andrea Garcia v. Walmart, Inc., et al. – Defendants' Outstanding Discovery** *– 2ⁿᵈ RECAP*
February 18, 2025
Page 2 of 3

- The **excel list of 3k employees (bates no. 2639)**.  I have not received a response to my January 15 email seeking clarification so we can receive the underlying documents to an RFP we served over 10 months ago.  Please advise by this Friday, February 7, 2025.
    - You stated that you will reach back out to your Walmart contacts to see if you're able to provide more clarity on this document and how to interpret it. Besides this document reflecting employees from 2019 to present who accrued 5 or more points in a rolling 6 month period, we have no idea how to narrow or interpret this chart.  You were unable to tell me what "TERMINATED TEAM" meant.  I stated that we are looking for the termination date, reason, when the 5ᵗʰ (or more point) was accrued.  You stated you will let me know by February 14, or February 17 at the latest.
    - You found the person to help you interpret the chart and will speak with the person this week.  You asked what criteria we are looking for based on the list. I reiterated it was for the store Plaintiff worked at and from January 1, 2019 to present.  I confirmed again whether the chart is reflective of 5 or more points accrued in a rolling 6 month period.  You stated you're 95% sure that's the case.  I also reiterated again that we are looking for the termination date, termination reason, and when the 5ᵗʰ (or more point) was accrued.  We also agreed on providing whether they are hourly v. salaried at the outset in a new column, in addition to the aforementioned.  I reiterated the importance of this information and that we want this information ASAP.

- **Defendants' Rule 30(b)(6) deposition** designees, as well as their availability for the depositions. Please advise by this Friday, February 7, 2025.
    - You confirmed the two deponents are Ms. Jones and Ms. Escobar, and will provide the topic break down for each representative by February 14.  I will send an amended Notice for the affirmative defense topic to clarify it's facts outside of the interrogatory responses. You confirmed the witnesses and your office are available early March as well as early May for depositions.  I stated we still hope to take these depositions in early March, but that depends in large part on your timely production of all responsive documents. I also stated that I will be mostly unavailable in April.
    - You sent the topic break down already.

Stephen Kendall, *et al.*

**RE: Andrea Garcia v. Walmart, Inc., et al. – Defendants' Outstanding Discovery** *– 2ⁿᵈ RECAP*

February 18, 2025

Page 3 of 3

- **ESI**
  - You confirmed that you are producing all responsive documents subject to ESI by February 14, 2025. There is only one outstanding ESI issue, which is the hit breakdown for: Train* w/10 disciplin* AND (saf* OR harass*), which resulted in 224 hits. You stated you will provide the hit breakdown by EOD February 13, so we can further narrow if needed.
  - You sent the terms over to the e-discovery folks today from Rolf's email and will produce.

- **RFP Chart**
  - You confirmed that will produce by February 14, 2025.
  - You are working on it and will produce by February 21, 2025.

Sincerely,

**AKW LAW**, P.C.

**Ada K. Wong**
Managing Partner