FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 09, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANDREA GARCIA,<br><br>      Plaintiff,<br><br> v.<br><br>WALMART, INC. d/b/a WALMART #2269; WAL-MART ASSOCIATES, INC.; "DOE(S) 1-100" employees of WALMART, INC. AND/OR WALMART STORE #2269; and "CORPORATION(S) XYZ 1-100,"<br><br>      Defendants. | No. 1:23-CV-03116-MKD<br><br>ORDER REGARDING DISCOVERY DISPUTE<br><br>**ECF Nos. 56, 57** |

On April 9, 2025, the Court conducted a hearing on a discovery dispute that has arisen in this matter.  Rolf Gardner Toren appeared on behalf of Plaintiff. Stephan Kendall appeared on behalf of Defendants Walmart Inc. d/b/a Walmart # 2269 and Wal-Mart Associates, Inc.  The following summarizes and supplements the Court's oral rulings.

  **IT IS HEREBY ORDERED:**

ORDER - 1

1.      The parties shall promptly meet and confer to determine which parameters, among those available in Defendants' database, are appropriate for narrowing the number of entries in the spreadsheet at WM-GARCIA_0002639 for which Defendants will produce additional records.

2.      The Court notes that the discovery cutoff deadline is currently set for May 19, 2025.  ECF No. 32 at 17.  In light of the discussion at the discovery conference, the parties may wish to consider whether a continuance of the remaining deadlines in this matter is necessary.  If so, the parties shall confer with the Courtroom Deputy on new pretrial conference and trial dates; refer to the standard schedule of pretrial deadlines in ECF No. 22 at 4-5; and file a motion to continue with a proposed scheduling order.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order and provide copies to the parties.

DATED April 9, 2025.

_s/Mary K. Dimke_
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2