Ada Smoke, WSBA #45936
Rolf Gardner Toren, WSBA #58597
AKW LAW, P.C.
10202 5th Ave NE, Suite 200
Seattle, WA 98125
Tel.: (206) 259-1259
Attorneys for Plaintiff Garcia

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

ANDREA GARCIA,

                    Plaintiff,

v.

WALMART, INC. d/b/a WALMART #2269, *et al.*,

                    Defendants.

Case No. 1:23-CV-03116

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTIONS *IN LIMINE***

With Oral Argument at Pre-trial Conference: February 18, 2026

BEFORE this Court is Plaintiff Andrea Garcia's Motions *in Limine*. Having reviewed said motion and the file and pleadings herein, the Court deems itself otherwise fully advised in the premises.

//

//

[Proposed] Order Granting Plaintiff's Motions *in Limine* (1:23-cv-03116) - 1

Plaintiff Andrea Garcia's Motions *in Limine* are **GRANTED** as follows:

**A.    Motions *in Limine***

As used below, "Exclude evidence" is intended to mean "to exclude evidence, testimony, reference, and argument."

1.    Exclude non-party witnesses from the courtroom during the trial, even after testifying, if they may be called as a rebuttal witness.

**GRANTED.**

2.    Exclude any comments or arguments implying Plaintiff's Counsel's representation influenced Plaintiff to engage in protected activity or file this lawsuit.

**GRANTED.**

3.    Exclude evidence that Walmart treated other employees in Plaintiff's protected class more favorably than her.

**GRANTED.**

4.    Exclude Walmart from argument, implication, or presentation of evidence that Plaintiff "failed to avail herself of the policies and procedures adopted by her employer/avoidable consequence doctrine."

**GRANTED.**

[Proposed] Order Granting Plaintiff's Motions *in Limine* (1:23-cv-03116) - 2

5.    Exclude testimony or conclusory statements that Walmart employees, including Kristina Escobar, do not have discretion to override occurrences.

**GRANTED.**

6.    Exclude testimony or conclusory statements that Walmart employees are required to terminate at 5 occurrences with no Protected Paid Time Off (PPTO) time.

**GRANTED.**

7.    Exclude testimony or conclusory statements that Walmart always terminates an employee at 5 occurrences with no PPTO time.

**GRANTED.**

8.    Exclude testimony or conclusory statements that Walmart Store 2269 always terminates an employee at 5 occurrences.

**GRANTED.**

9.    Exclude testimony or evidence of speculation or possible reasons why Defendant Walmart may not have fired an employee at or over five occurrences without supporting documentation if Walmart's own documents

[Proposed] Order Granting Plaintiff's Motions *in Limine* (1:23-cv-03116) - 3

demonstrate the employee continued to be employed by Walmart after their occurrence count was at five or more.

**GRANTED.**

10. Exclude testimony or conclusory statements that ASM Escobar did not have the power to override the last .5 occurrence accrued by Plaintiff.

**GRANTED.**

11. Exclude evidence, testimony, or argument of Plaintiff's status with Defendant as re-hireable or not re-hireable, or Plaintiff could have re-applied.

**GRANTED.**

12. Exclude testimony or references to "terminated team" in documents prepared by Defendant Walmart concerning attendance.

**GRANTED.**

13. Exclude evidence, testimony, or argument from Defendant that Plaintiff failed to mitigate emotional damages.

**GRANTED.**

14. Exclude evidence, testimony, or argument regarding Plaintiff's wages, benefits, reasons for separation, and performance with previous and post employers.

[Proposed] Order Granting Plaintiff's Motions *in Limine* (1:23-cv-03116) - 4

**AKW LAW**, **P.C.**
10202 5th Ave NE, Suite 200
Seattle, WA 98125
Tel. (206) 259-1259 / Fax (855) 925-9529

**GRANTED.**

15.    Exclude reference to dismissed or abandoned claims or parties.

**GRANTED.**

16.    Exclude witnesses from repeating alleged statements of Plaintiff Andrea Garcia without personal knowledge.

**GRANTED.**

17.    Exclude evidence or testimony from witnesses of which they have no personal knowledge.

**GRANTED.**

The Clerk is directed to send a copy of this Minute Order to all counsel of record.

**DATED** this _____day of _____, 2026.

_____
HONORABLE MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

[Proposed] Order Granting Plaintiff's Motions *in Limine*
(1:23-cv-03116) - 5

**AKW LAW**, **P.C.**
10202 5th Ave NE, Suite 200
Seattle, WA 98125
Tel. (206) 259-1259 / Fax (855) 925-9529

*Presented by:*
**AKW LAW, P.C.**

*/s/ Ada Smoke*
Ada Smoke, WSBA #45936
Rolf Gardner Toren, WSBA #58597
Attorneys for Plaintiff Garcia
10202 5th Ave NE, Suite 200
Seattle, WA 98125
Tel.: (206) 259-1259
Fax: (855) 925-9529
E-mail: ada@akw-law.com
E-mail: rolf@akw-law.com

[Proposed] Order Granting Plaintiff's Motions *in Limine*
(1:23-cv-03116) - 6

**AKW LAW**, **P.C.**
10202 5th Ave NE, Suite 200
Seattle, WA 98125
Tel. (206) 259-1259 / Fax (855) 925-9529

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2026, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

> Clarence M. Belnavis
> Stephen M. Scott
> Stephan L. Kendall
> FISHER & PHILLIPS, LLP
> 560 S.W. Tenth Avenue, Suite 450
> Portland, OR 97205
> Tel.: (503) 205-8060
> Facsimile: (503) 242-4263
> Email: cbelnavis@fisherphillips.com
> Email: smscott@fisherphillips.com
> Email: skendall@fisherphillips.com
> Email: cmcclintock@fisherphillips.com
> Email: spolk@fisherphillips.com
> *Attorneys for Defendant*

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED: January 12, 2026, at Seattle, Washington.

*/s/ Tara L. Peterson*
Tara L. Peterson, Paralegal

[Proposed] Order Granting Plaintiff's Motions *in Limine*
(1:23-cv-03116) - 7

**AKW LAW**, P.C.
10202 5th Ave NE, Suite 200
Seattle, WA 98125
Tel. (206) 259-1259 / Fax (855) 925-9529