Ada Smoke, WSBA #45936
Rolf Gardner Toren, WSBA #58597
AKW LAW, P.C.
10202 5th Ave NE, Suite 200
Seattle, WA 98125
Tel.: (206) 259-1259
Attorneys for Plaintiff Garcia

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

ANDREA GARCIA,

        Plaintiff,

v.

WALMART, INC. d/b/a WALMART #2269, *et al.*,

        Defendants.

Case No. 1:23-CV-03116

DECLARATION OF ADA SMOKE IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

I, Ada Smoke, declare,

1.     I am an attorney of record for Plaintiff Andrea Garcia in this matter and make the following statements based on my personal knowledge.

2.     Attached hereto as **Exhibit A** is a true and correct copy of relevant portions of CR 30(b)(6) Deposition of Jandi Jones taken on September 10, 2025.

Declaration of Ada Smoke in Support of Plaintiff's Motions *in Limine*
(1:23-cv-03116) - 1

**AKW LAW**, P.C.
10202 5th Ave NE, Suite 200
Seattle, WA 98125
Tel. (206) 259-1259 / Fax (855) 925-9529

3.    Attached hereto as **Exhibit B** is a true and correct copy of relevant portions of CR 30(b)(6) Deposition of Kristina Escobar taken on September 12, 2025.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct and is based upon my personal knowledge.

**DATED** January 12, 2026, in Seattle, WA.

*/s/ Ada Smoke*
Ada Smoke, WSBA #45936

Declaration of Ada Smoke in Support of Plaintiff's
Motions *in Limine*
(1:23-cv-03116) - 2

**AKW LAW**, P.C.
10202 5th Ave NE, Suite 200
Seattle, WA 98125
Tel. (206) 259-1259 / Fax (855) 925-9529

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2026, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Clarence M. Belnavis
Stephen M. Scott
Stephan L. Kendall
FISHER & PHILLIPS, LLP
560 S.W. Tenth Avenue, Suite 450
Portland, OR 97205
Tel.: (503) 205-8060
Facsimile: (503) 242-4263
Email: cbelnavis@fisherphillips.com
Email: smscott@fisherphillips.com
Email: skendall@fisherphillips.com
Email: cmcclintock@fisherphillips.com
Email: spolk@fisherphillips.com
*Attorneys for Defendant*

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED: January 12, 2026, at Seattle, Washington.

/s/ *Tara L. Peterson*
Tara L. Peterson, Paralegal

Declaration of Ada Smoke in Support of Plaintiff's
Motions *in Limine*
(1:23-cv-03116) - 3

**AKW LAW**, P.C.
10202 5th Ave NE, Suite 200
Seattle, WA 98125
Tel. (206) 259-1259 / Fax (855) 925-9529