# EXHIBIT A

## TO PLAINTIFF'S MOTIONS *IN LIMINE*

**In the Matter Of:**

Andrea Garcia

vs

WALMART

# JANDI JONES

*September 10, 2025*

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

_____

Andrea Garcia, AN INDIVIDUAL,

     Plaintiff,

  v.                   Case No.

WALMART, INC. d/b/a WALMART     1:23-CV-03116-MKD

#2269, et al.

     Defendants.

_____

VIDEOTAPED DEPOSITION OF JANDI JONES

DATE:         Wednesday, September 10, 2025

TIME:         9:32 a.m, Pacific Time

LOCATION:    Zoom

REPORTED BY:  Robin Clark, Remote Notary Public

JOB No.:     15518

A P P E A R A N C E S

ON BEHALF OF PLAINTIFF:

 ADA WONG, ESQUIRE

 AKW Law, P.C.

 10202 5th Avenue, North East, Suite 200

 Seattle, Washington 98125

 ada@akw-law.com

 (206) 259-1259


ON BEHALF OF DEFENDANTS:

 STEPHAN KENDALL, ESQUIRE

 Fisher & Phillips, LLP

 1700 Seventh Avenue, Suite 2200

 Seattle, Washington 98101

 skendall@fisherphillips.com

 (503) 205-8058

Andrea Garcia vs WALMART
JONES, JANDI on 09/10/2025                                                          Page 3

                          I N D E X

EXAMINATION:                                                        PAGE

     By Ms. Wong                                                    11

     By Mr. Kendall                                                 263

     By Ms. Wong                                                    270


                        E X H I B I T S

NO.              DESCRIPTION                                        PAGE

1       2025-09-05 - 4th Amd Videotaped                             51
        30(b)(6) NOD - Jones (AGarcia) FINAL

2       2024-07-30 - Videotaped 30(b)(6) NOD                        51
        (AGarcia) FINAL

3       WM-GARCIA0002145_CONFIDENTIAL                               104

4       WM-GARCIA0002610-11                                         102

5       WM-GARCIA0002612-14                                         103

6       WM-GARCIA0002617-18                                         103

7       WM-GARCIA 0000004-05                                        125

11      WM-GARCIA0000071-79                                         143

12      WM-GARCIA0002776                                            148

15      WM-GARCIA0002718_CONFIDENTIAL                               164

16      WM-GARCIA0002720_CONFIDENTIAL                               164

17      WM-GARCIA0002721_CONFIDENTIAL                               164

18      WM-GARCIA0002639_CONFIDENTIAL                               164

19      WM-GARCIA0003437_CONFIDENTIAL                               164

Andrea Garcia vs WALMART
JONES, JANDI on 09/10/2025

Page 4

```
            E X H I B I T S(Continued.)

NO.            DESCRIPTION                            PAGE

20     WM-GARCIA0003438_CONFIDENTIAL                   164

21     WM-GARCIA0003439_CONFIDENTIAL                   164

22     WM-GARCIA0003440_CONFIDENTIAL                   164

23     WM-GARCIA0000131-137                            174

24     WM-GARCIA 0002842-0002885                       175

25     WM-GARCIA 0002913-0002937                       177

26     WM-GARCIA 0002938-002961                        177

27     WM-GARCIA 0002962-002971                        178

28     WM-GARCIA 0002972-0002982                       178

29     WM-GARCIA 0002983-0003021                       178

30     WM-GARCIA 0003022-0003117                       179

31     WM-GARCIA 0003118-0003196                       179

32     WM-GARCIA 0003197-0003267                       179

33     WM-GARCIA 0003268-0003282                       179

34     WM-GARCIA 0003283-0003309                       180

35     WM-GARCIA 0003310-0003333                       180

36     WM-GARCIA 0003335                               180

37     WM-GARCIA 0003337                               180

38     WM-GARCIA 0003338                               180

39     WM-GARCIA 0003339                               181

40     WM-GARCIA 0003340                               181

41     WM-GARCIA 0003346-0003347                       184
```

Andrea Garcia vs WALMART
JONES, JANDI on 09/10/2025                                                  Page 5

```
          E X H I B I T S(Continued.)

NO.              DESCRIPTION                          PAGE

42     WM-GARCIA 0003348-0003350                      184

43     WM-GARCIA 0003334_CONFIDENTIAL Video           184

44     WM-GARCIA 0003336_CONFIDENTIAL Video           184

45     WM-GARCIA 0003341_CONFIDENTIAL Video           184

46     WM-GARCIA 0003342_CONFIDENTIAL Video           184

47     WM-GARCIA 0003343_CONFIDENTIAL Video           184

48     WM-GARCIA 0003344_CONFIDENTIAL Video           184

49     WM-GARCIA 0003351_CONFIDENTIAL Video           184

50     WM-GARCIA0002368 -71                           191

51     WM-GARCIA0002372 -76                           191

52     WM-GARCIA0002377 -80                           191

53     WM-GARCIA0002381-84                            191

54     WM-GARCIA0002385-87                            191

55     WM-GARCIA0002388-90                            191

56     WM-GARCIA0002391-93                            191

57     WM-GARCIA0002394-97                            191

58     WM-GARCIA0002398-2401                          191

59     WM-GARCIA0002402-05                            191

60     WM-GARCIA0002406-09                            191

61     WM-GARCIA0002410-13                            191

62     WM-GARCIA0002426-2430                          193

63     WM-GARCIA0002431-32                            193
```

Andrea Garcia vs WALMART
JONES, JANDI on 09/10/2025

Page 6

E X H I B I T S(Continued.)

| NO. | DESCRIPTION | PAGE |
|-----|-------------|------|
| 64 | WM-GARCIA0002433-2434 | 193 |
| 65 | WM-GARCIA0002435-2436 | 193 |
| 66 | WM-GARCIA0002437-2441 | 193 |
| 67 | WM-GARCIA0002442-2446 | 193 |
| 68 | WM-GARCIA0002447-2448 | 193 |
| 69 | WM-GARCIA0002449 | 194 |
| 70 | WM-GARCIA0002451 | 195 |
| 71 | GARCIA 000080-000146 | 195 |
| 72 | WM-GARCIA0002505-14 | 198 |
| 73 | WM-GARCIA0002515-25 | 199 |
| 74 | WM-GARCIA0002526-38 | 199 |
| 75 | WM-GARCIA0002539-46 | 199 |
| 76 | WM-GARCIA0002547-64 | 200 |
| 77 | WM-GARCIA0002574-82 | 200 |
| 78 | WM-GARCIA0002583-92 | 200 |
| 79 | WM-GARCIA0002593-2607 | 200 |
| 80 | WM-GARCIA0002332_CONFIDENTIAL | 201 |
| 81 | WM-GARCIA 0003372-0003373 | 201 |
| 82 | WM-GARCIA 0003374-0003375 | 210 |
| 83 | WM-GARCIA 0003377 | 210 |
| 84 | WM-GARCIA 0003401-0003402 | 211 |
| 85 | WM-GARCIA 0003404-0003405 | 211 |

Andrea Garcia vs WALMART
JONES, JANDI on 09/10/2025                                              Page 7

E X H I B I T S(Continued.)

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| 86 | WM-GARCIA 0003406-07 | 212 |
| 87 | WM-GARCIA 0003408-10 | 213 |
| 88 | WM-GARCIA 0003411-0003412 | 213 |
| 89 | WM-GARCIA 0003413 | 214 |
| 90 | WM-GARCIA 0003414-0003415 | 214 |
| 91 | WM-GARCIA 0003416 | 214 |
| 92 | WM-GARCIA 0003417 | 215 |
| 93 | WM-GARCIA 0003418 | 216 |
| 94 | WM-GARCIA 0003419 | 217 |
| 95 | WM-GARCIA 0003420-0003421 | 218 |
| 96 | WM-GARCIA 0003431-0003432 | 220 |
| 97 | WM-GARCIA0000138 | 221 |
| 98 | WM-GARCIA0000160-166 | 222 |
| 99 | WM-GARCIA0000179-182 | 222 |
| 100 | WM-GARCIA0000080-84 | 233 |
| 101 | WM-GARCIA0002336-2356 | 231 |
| 102 | WM-GARCIA0002487-2504 | 232 |
| 103 | WM-GARCIA0002358-60 | 232 |
| 104 | WM-GARCIA0002364-67 | 233 |
| 106 | WM-GARCIA0001506-1513 | 233 |
| 107 | WM-GARCIA0002615-16 | 234 |
| 108 | WM-GARCIA0002627-29 | 235 |

Andrea Garcia vs WALMART
JONES, JANDI on 09/10/2025                                                      Page 8

E X H I B I T S(Continued.)

| NO. | DESCRIPTION | PAGE |
|-----|-------------|------|
| 109 | WM-GARCIA0002630-31 | 236 |
| 110 | 2024-09-19 - Walmart Inc.'s Supplemental Response to PLTF's First Set of ROGs (AGarcia) | 237 |
| 111 | WM-GARCIA0002777-79 | 240 |
| 112 | WM-GARCIA0001551 | 243 |
| 113 | WM-GARCIA0001550 | 243 |
| 114 | WM-GARCIA0001522-24 | 244 |
| 115 | WM-GARCIA0000110_CONFIDENTIAL | 244 |
| 118 | WM-GARCIA0001562-63 | 245 |
| 119 | WM-GARCIA0002290_CONFIDENTIAL | 245 |
| 122 | WM-GARCIA0002330 | 247 |
| 124 | WM-GARCIA0001597-1607 | 248 |
| 126 | GARCIA000147-000369 | 248 |
| 127 | GARCIA000370-000600 | 249 |
| 128 | GARCIA000601-000700 | 249 |
| 129 | GARCIA 001110-001236 - Wmt-2022 10-K | 250 |
| 130 | GARCIA 001368-001547- Wmt-2024 10-K | 250 |
| 131 | GARCIA 001237-001367 - Wmt-2023 10-K | 250 |

```
            E X H I B I T S (Continued.)

NO.              DESCRIPTION                        PAGE

132      WM-GARCIA0000023-38                        250

134      2024-12-04 - Walmart Inc.'s               253

         Response to PLTF's ROG 02 (AGarcia)

135      2024-09-13 - Walmart Inc.'s               259

         Supplemental Response to PLTF's First

         Set of ROGs (AGarcia)

136      Org Chart                                 267

137      WM-GARCIA0003414                          267

           (*Exhibits retained by counsel.)
```

Andrea Garcia vs WALMART
JONES, JANDI on 09/10/2025                                                    Page 10

                        P R O C E E D I N G

THE REPORTER:  My name is Robin Clark.  I'm the officer of this deposition representing DepoDirect Incorporated, 251 Little Falls Drive, Wilmington, Delaware, and we are now on the record.  Today's date is September 10, 2025, and the time is 9:32 a.m.

The deposition is taking place remotely in the matter of Andrea Garcia versus Walmart Incorporated, d/b/a Walmart Number 2269 et al.  The case number is 123CV03116MKD.  This is the audiovisual recorded deposition of Jandi Jones taken on behalf of the plaintiff in the United States District Court Western District of Washington.

Absent any objection, all parties agree that we may place this witness under oath and record this proceeding remotely via audiovisual method.

At this time, will the parties appearing remotely please identify yourself starting with the noticing attorney?

MS. WONG:  Ada Wong for the plaintiff.

MR. KENDALL:  And Stephan Kendall for Defendant.

THE REPORTER:  Thank you, Counsel.

I will now swear in the witness.  Would you please raise your right hand?

Andrea Garcia vs WALMART
JONES, JANDI on 09/10/2025                                    Page 11

WHEREUPON,

                              JANDI JONES,

called as a witness, and having been first duly sworn

to tell the truth, the whole truth and nothing but the

truth, was examined and testified as follows:

            THE REPORTER:  You may lower your hand.  And

Counsel, you may proceed.

            MS. WONG:  Thank you.

                         EXAMINATION

BY MS. WONG:

     Q    Good morning.  Again, my name is Ada Wong,

and I represent the plaintiff, Ms. Garcia, in this

matter.  Because this is video conference and we are

all in our separate places, I would assume that you

are not looking at anything that we are not all

looking at together or this Zoom screen.  Is that

fair?

     A    Yes.

     Q    Thank you.  Can you please state and spell

your full legal name for the record?

     A    Jandi Jones, J-A-N-D-I J-O-N-E-S.

     Q    Do you have a middle name?

     A    Yes.  Lynn, L-Y-N-N.

     Q    Have you went by any other names?

     A    Jan.

A    Correct.

Q    And column E would be the occurrence count for that pay period ending.  Correct?

A    Correct.

Q    Column D is what I'm unsure about.  My understanding is that terminated team means that this associate, at the point that this Excel sheet was ran, I believe, this year in 2025, they're no longer employed by Walmart.  Is that your understanding?

A    I have -- I've never seen that before.

Q    Okay.

A    Terminated team.

Q    All right.  So you're unable to tell us what column D would represent.  Correct?

A    Correct.

Q    Okay.

A    Not terminated team.  The numbers, possibly.

Q    Oh, okay.  So what are these numbers?  Store numbers, 2269?

A    Yes.  That would be the store number, the division, and the department.

Q    Okay.  3261, do you know what store number that is?

A    Not right off the top of my head, but that's not Yakima.

Andrea Garcia vs WALMART
JONES, JANDI on 09/10/2025                                            Page 274

MR. KENDALL:  Yeah.  We'll just do transcript.  Is there potentially an expedited option of some kind just because we have a dispositive motion deadline we're looking at?

THE REPORTER:  There are some options.  I can have our production team reach out to you with those options if you like.

MR. KENDALL:  Yeah.  That'd be great.

THE REPORTER:  Okay.  And I do have your email, that I got from you earlier in the chat.  So, Ada Wong, did you want to read and sign for your client today?

MR. KENDALL:  We don't need to sign.

THE REPORTER:  All right.  Right.  This concludes our deposition with Jandi Jones for the Walmart 30(b)(6) deposition at 4:22 p.m., and we are now off the record.

(Signature Waived.)

(Whereupon, at 4:22 p.m., the proceeding was concluded.)

Andrea Garcia vs WALMART
JONES, JANDI on 09/10/2025                                              Page 275

CERTIFICATE OF NOTARY PUBLIC

I, Robin Clark, A Remote Online Notary of the State of Washington, duly authorized to administer oaths, do hereby certify:

That I am a disinterested person herein; that the witness, JANDI JONES, named in the foregoing deposition, was by me duly sworn to testify the truth, the whole truth, and nothing but the truth; that the deposition was reported by me, Robin Clark, and is a true and correct record of the testimony so given.

IN WITNESS WHEREOF, I hereby certify this transcript at my office in the County of King, State of Washington, this 9th day of September 2025.

*Robin Clark*

Robin Clark

Remote Online Notary Public in and for the

State of Washington

Andrea Garcia vs WALMART
JONES, JANDI on 09/10/2025

Page 276

CERTIFICATE OF TRANSCRIBER

I, Robert Kreb, do hereby certify that this transcript was prepared from the digital audio recording of the foregoing proceeding, that said transcript is a true and accurate record of the proceedings to the best of my knowledge, skills, and ability; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this was taken; and, further, that I am not a relative or employee of any counsel or attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.

*Robert Kreb*

ROBERT KREB