# EXHIBIT B

## TO PLAINTIFF'S MOTIONS *IN LIMINE*

**In the Matter Of:**

Andrea Garcia

vs

WALMART

# KRISTINA ESCOBAR

*September 12, 2025*

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

_____

ANDREA GARCIA,

    Plaintiff,

  v.                            Case No.

WALMART, INC.  d/b/a WALMART     1:23-CV-03116-MKD

#226, et al.,

    Defendant.

_____

AUDIOVISUAL DEPOSITION OF KRISTINA ESCOBAR

DATE:          September 12, 2025

TIME:          9:50 a.m., Pacific Time

LOCATION:     Zoom

REPORTED BY:  Robin Clark, Remote Notary Public

JOB No.:      15602

Andrea Garcia vs WALMART
ESCOBAR, KRISTINA on 09/12/2025                                                    Page 2

                         A P P E A R A N C E S

ON BEHALF OF PLAINTIFF:

        ADA K. WONG, ESQUIRE

        AKW Law, PC

        10202 Fifth Avenue Northeast, Suite 200

        Seattle, Washington 98125

        ada@akw-law.com

        (206) 259-1259


ON BEHALF OF DEFENDANTS:

        CLARENCE BELNAVIS, ESQUIRE

        Fisher & Phillips LLP

        1700 Seventh Avenue, Suite 2200

        Seattle, Washington 98101

        cbelnavis@fisherphillips.com

        (503) 205-8045

Andrea Garcia vs WALMART
ESCOBAR, KRISTINA on 09/12/2025                                                    Page 3

I N D E X

EXAMINATION:                                                                   PAGE

By Ms. Wong                                                             6 / 181

By Mr. Belnavis                                                            156

E X H I B I T S

| NO. | DESCRIPTION | PAGE |
|-----|-------------|------|
| 138 | Notice of Deposition | 8 |
| 140 | WM-GARCIA0000185_Confidential | 39 |
| 160 | WM-GARCIA0002143_Confidential | 88 |
| 18 | WM-GARCIA0002639_Confidential | 116 |
| 213 | WM-GARCIA0002709_Confidential | 121 |
| 148 | WM-GARCIA0002634-35 | 127 |
| 149 | WM-GARCIA0002620_CONFIDENTIAL | 130 |
| 199 | WM-GARCIA 0003390-0003391 | 132 |
| 200 | WM-GARCIA 0003392-0003393 | 137 |
| 201 | WM-GARCIA 0003394 | 138 |
| 202 | WM-GARCIA 0003395-96 | 140 |
| 203 | WM-GARCIA 0003397 | 141 |
| 204 | WM-GARCIA 0003398-0003399 | 142 |
| 205 | WM-GARCIA 0003400 | 143 |
| 206 | WM-GARCIA 0003422 | 144 |
| 207 | WM-GARCIA 0003423 | 145 |
| 208 | WM-GARCIA 0003434-0003435 | 146 |

Andrea Garcia vs WALMART
ESCOBAR, KRISTINA on 09/12/2025                                               Page 4

**E X H I B I T S   C O N T'D**

| NO. | DESCRIPTION | PAGE |
|-----|-------------|------|
| 13 | WM-GARCIA0000117_CONFIDENTIAL | 149 |
| 214 | WM-GARCIA0000303 | 168 |

(Exhibits attached.)

Andrea Garcia vs WALMART
ESCOBAR, KRISTINA on 09/12/2025                                    Page 5

P R O C E E D I N G

THE REPORTER: My name is Robin Clark.  I am the officer of this deposition representing DepoDirect, Incorporated, 251 Little Falls Drive, Wilmington, Delaware, and we are now on the record. Today's date is September 12, 2025, and the time is 9:50 a.m.

The deposition is taking place remotely in the matter of Andrea Garcia versus Walmart Incorporated, DBA, Walmart number 2269, et al.  The case number is 1:23-CV-03116-MKD.  This is the audiovisual recorded deposition of Kristina Escobar for Walmart 30(b)(6), taken on behalf of the plaintiff in the United States District Court, Eastern District of Washington.

Absent any objection, all parties agree that we may place this witness under oath and record this proceeding remotely via audiovisual method.  At this time, while the party is appearing remotely, please identify yourself starting with the noticing attorney.

MS. WONG:  Ada Wong for the plaintiff.

MR. BELNAVIS:  Clarence Belnavis for Walmart.

THE REPORTER:  Thank you, Counsel.  I will now swear in the witness.  Would you please raise your

Andrea Garcia vs WALMART
ESCOBAR, KRISTINA on 09/12/2025

Page 6

right hand?

WHEREUPON,

KRISTINA ESCOBAR,

called as a witness, and having been first duly sworn to tell the truth, the whole truth and nothing but the truth, was examined and testified as follows:

THE REPORTER:  Thank you.  You may lower your hand.  And Counsel, you may now proceed.

EXAMINATION

BY MS. WONG:

Q    Good morning.  Again, my name is Ada Wong. I represent the plaintiff in this matter.  Can you please state and spell your full legal name for the record?

A    It's  Kristina Escobar.  You want me to spell both of them?

Q    Sure.

A    Okay.  It's K-R-I-S-T-I-N-A, and the last name is E-S-C-O-B-A-R.

Q    Do you have a middle name?

A    Ann, A-N-N.

Q    Have you went by or have been known by any other names?

A    Before I was married, it was Klueber.  It's K-L-U-E-B-E-R.

Q    Okay.  In the year of 2022, what is the pay period?  Is it, like, for instance, the 1st and the 15th, every other Friday?  What was it for associates?

A    Every two weeks.

Q    Okay.  So is it just, like, every two weeks on the same day of the week?

A    Yeah.

Q    And when would be -- this is all marked as redacted, but it would be the Walmart identification number assigned to each individual employee, correct?

A    Yes.

Q    Like, for instance, you have a WIN.  Ms. Garcia has her own separate WIN, right?

A    Yes.

Q    Okay.  And then column C would be associate name.  You see that?

A    Yeah.

Q    And then team name, we have a couple different variations here.  Terminated team.  Do you see that?

A    Yes.

Q    Do you know what that means?

A    No.

Q    Okay.  Then we see some numbers with hyphens.  Do you know what that means?

Andrea Garcia vs WALMART
ESCOBAR, KRISTINA on 09/12/2025                                        Page 183

production team.

THE REPORTER:  Okay.  And did you want it synced with the video?

MS. WONG:  Not at this time.

THE REPORTER:  Okay.

MR. BELNAVIS:  Yeah.  I don't need video.  I just need copy of the transcripts.

THE REPORTER:  Okay.

MR. BELNAVIS:  I don't need video, at this time.

THE REPORTER:  All right.  Thank you so much.  And we're now -- this concludes our deposition with Kristina Escobar.  The time is 2:31 p.m. and we are now off the record.

(Signature Reserved.)

(Whereupon, at 2:31 p.m., the proceeding was concluded.)

CERTIFICATE OF NOTARY PUBLIC

I, ROBIN CLARK, A Remote Online Notary of the State of WASHINGTON, duly authorized to administer oaths, do hereby certify:

That I am a disinterested person herein; that the witness, KRISTINA ESCOBAR, named in the foregoing deposition, was by me duly sworn to testify the truth, the whole truth, and nothing but the truth; that the deposition was reported by me, ROBIN CLARK, and is a true and correct record of the testimony so given.

IN WITNESS WHEREOF, I hereby certify this transcript at my office in the County of KING, State of WASHINGTON, this 12TH day of SEPTEMBER 2025.

*Robin Clark*

ROBIN CLARK

Remote Online Notary Public in and for the State of WASHINGTON

CERTIFICATE OF TRANSCRIBER

I, Elizabeth Knittle, do hereby certify that this transcript was prepared from the digital audio recording of the foregoing proceeding, that said transcript is a true and accurate record of the proceedings to the best of my knowledge, skills, and ability; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this was taken; and, further, that I am not a relative or employee of any counsel or attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.

Elizabeth Knittle