Ada Smoke, WSBA #45936
Rolf Gardner Toren, WSBA #58597
AKW LAW, P.C.
10202 5th Ave NE, Suite 200
Seattle, WA 98125
Tel.: (206) 259-1259
Attorneys for Plaintiff Garcia

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

ANDREA GARCIA,

              Plaintiff,

v.

WALMART, INC. d/b/a WALMART #2269, *et al.*,

              Defendants.

Case No. 1:23-CV-03116

**PLAINTIFF'S WITNESS AND EXHIBIT LISTS**

Pursuant to the Court's Fourth Jury Trial Scheduling Order [ECF No. 108], Plaintiff Andrea Garcia hereby submits the following witness and exhibit lists:

## I.    WITNESSES

| Name and Address | General Nature of Testimony |
|---|---|
| Andrea Garcia c/o Ada K. Wong AKW LAW, P.C. 10202 5TH Ave NE, Suite 200 | Ms. Garcia is the Plaintiff and will testify regarding the facts and circumstances surrounding her employment with Defendant, as well |

Plaintiff's Witness and Exhibit Lists
(1:23-cv-03116) - 1

| Seattle, WA 98125 (206) 259-1259 | as her job duties, the retaliation, and termination that she endured, and damages she sustained as a proximate cause of Defendant's violations of the law. |
|---|---|
| One or more Corporate Representatives of Walmart, Inc. and/or Records Custodians | Walmart, Inc. is a named Defendant and has knowledge of Plaintiff's claims and its defenses in this lawsuit. Walmart, Inc. has named the following individuals as corporate designees who will be called to testify as corporate representatives within the scope of their personal knowledge: Jandi Jones, Michael Martin, and Kristina Escobar<br><br>Depositions are also designated. |
| Jandi Jones c/o Clarence Belnavis 1201 Third Avenue, Suite 2750 Seattle, WA 98101 P: (206) 682-2308. | Jandi Jones is Walmart, Inc.'s Store Manager and has knowledge about the facts and circumstances regarding Plaintiff's employment, and Plaintiff's claims and Walmart's defenses in this case.<br><br>Her deposition is designated. |
| Kristina Escobar c/o Clarence Belnavis 1201 Third Avenue, Suite 2750 Seattle, WA 98101 P: (206) 682-2308. | Kristina Escobar is Walmart, Inc.'s Assistant Store Manager and has knowledge about the facts and circumstances regarding Plaintiff's employment, and Plaintiff's claims and Walmart's defenses in this case.<br><br>Her deposition is designated |
| Michael Martin c/o Clarence Belnavis 1201 Third Avenue, Suite 2750 | Michael Martin is Walmart, Inc.'s Global Investigator and has knowledge about the facts and |

Plaintiff's Witness and Exhibit Lists
(1:23-cv-03116) - 2

**AKW LAW**, P.C.
10202 5th Ave NE, Suite 200
Seattle, WA 98125
Tel. (206) 259-1259 / Fax (855) 925-9529

| | |
|---|---|
| Seattle, WA 98101<br>P: (206) 682-2308. | circumstances regarding Plaintiff's employment, and Plaintiff's claims and Walmart's defenses in this case.<br><br>His deposition is designated |
| Elizabeth Auslam<br>c/o Clarence Belnavis<br>1201 Third Avenue, Suite 2750<br>Seattle, WA 98101<br>P: (206) 682-2308. | Elizabeth Auslam is Walmart, Inc.'s Ethics Manager and has knowledge about the facts and circumstances regarding Plaintiff's employment, and Plaintiff's claims and Walmart's defenses in this case.<br><br>Her deposition is designated. |
| Josh Dunne<br>c/o Clarence Belnavis<br>1201 Third Avenue, Suite 2750<br>Seattle, WA 98101<br>P: (206) 682-2308. | Josh Dunne is Walmart, Inc.'s Senior Manager of Investigations and has knowledge about the facts and circumstances regarding Plaintiff's employment, and Plaintiff's claims and Walmart's defenses in this case.<br><br>His deposition is designated. |
| Samantha Decker<br>c/o Clarence Belnavis<br>1201 Third Avenue, Suite 2750<br>Seattle, WA 98101<br>P: (206) 682-2308. | Samantha Decker was Walmart, Inc.'s People Person/People Lead and has knowledge about the facts and circumstances regarding Plaintiff's employment, and Plaintiff's claims and Walmart's defenses in this case. |
| Lennart Eklund<br>c/o Clarence Belnavis<br>1201 Third Avenue, Suite 2750<br>Seattle, WA 98101<br>P: (206) 682-2308. | Lennart Eklund is Walmart, Inc.'s Manager and has knowledge about the facts and circumstances regarding Plaintiff's employment, and Plaintiff's claims and Walmart's defenses in this case. |
| Monica Denson<br>c/o Clarence Belnavis<br>1201 Third Avenue, Suite 2750 | Monica Denson is an Investigator of Walmart, Inc. and has knowledge about the facts and circumstances |

Plaintiff's Witness and Exhibit Lists
(1:23-cv-03116) - 3

| | |
|---|---|
| Seattle, WA 98101<br>P: (206) 682-2308. | regarding Plaintiff's employment, and Plaintiff's claims and Walmart's defenses in this case. |
| Emily Gonzalez<br>c/o Clarence Belnavis<br>1201 Third Avenue, Suite 2750<br>Seattle, WA 98101<br>P: (206) 682-2308. | Emily Gonzalez was a Stocker of Walmart, Inc. and has knowledge about the facts and circumstances regarding Plaintiff's employment, and Plaintiff's claims and Walmart's defenses in this case. |
| Shawn Hernandez<br>c/o Clarence Belnavis<br>1201 Third Avenue, Suite 2750<br>Seattle, WA 98101<br>P: (206) 682-2308. | Shawn Hernandez was an Asset Protection Coach of Walmart, Inc. and has knowledge about the facts and circumstances regarding Plaintiff's employment, and Plaintiff's claims and Walmart's defenses in this case. |
| Jonathan Mariscal<br>c/o Clarence Belnavis<br>1201 Third Avenue, Suite 2750<br>Seattle, WA 98101<br>P: (206) 682-2308. | Jonathan Mariscal was a Stocker of Walmart, Inc. and has knowledge about the facts and circumstances regarding Plaintiff's employment, and Plaintiff's claims and Walmart's defenses in this case. |
| Tamera Tom<br>c/o Clarence Belnavis<br>1201 Third Avenue, Suite 2750<br>Seattle, WA 98101<br>P: (206) 682-2308. | Tamera Tom was a Stocker of Walmart, Inc. and has knowledge about the facts and circumstances regarding Plaintiff's employment, and Plaintiff's claims and Walmart's defenses in this case. |
| Fayedawn Fiander<br>c/o Clarence Belnavis<br>1201 Third Avenue, Suite 2750<br>Seattle, WA 98101<br>P: (206) 682-2308. | Fayedawn Fiander was an employee of Walmart, Inc. and has knowledge about the facts and circumstances regarding Plaintiff's employment, and Plaintiff's claims and Walmart's defenses in this case. |
| Annexy Hernandez<br>c/o Clarence Belnavis<br>1201 Third Avenue, Suite 2750 | Annexy Hernandez is/was an employee of Walmart, Inc. and has knowledge about the facts and |

Plaintiff's Witness and Exhibit Lists
(1:23-cv-03116) - 4

| | |
|---|---|
| Seattle, WA 98101<br>P: (206) 682-2308. | circumstances regarding Plaintiff's employment, and Plaintiff's claims and Walmart's defenses in this case. |
| Daniella Mock<br>c/o Clarence Belnavis<br>1201 Third Avenue, Suite 2750<br>Seattle, WA 98101<br>P: (206) 682-2308. | Daniella Mock is/was an employee of Walmart, Inc. and has knowledge about the facts and circumstances regarding Plaintiff's employment, and Plaintiff's claims and Walmart's defenses in this case. |
| Rodrigo Rodriguez<br>c/o Clarence Belnavis<br>1201 Third Avenue, Suite 2750<br>Seattle, WA 98101<br>P: (206) 682-2308. | Rodrigo Rodriguez is/was an employee of Walmart, Inc. and has knowledge about the facts and circumstances regarding Plaintiff's employment, and Plaintiff's claims and Walmart's defenses in this case. |
| Walter Garcia<br>c/o Clarence Belnavis<br>1201 Third Avenue, Suite 2750<br>Seattle, WA 98101<br>P: (206) 682-2308. | Walter Garcia is/was an employee of Walmart, Inc. and has knowledge about the facts and circumstances regarding Plaintiff's employment, and Plaintiff's claims and Walmart's defenses in this case. |
| Carmen Amezcua<br>c/o Clarence Belnavis<br>1201 Third Avenue, Suite 2750<br>Seattle, WA 98101<br>P: (206) 682-2308. | Carmen Amezcua was a Stocker of Walmart, Inc. and has knowledge about the facts and circumstances regarding Plaintiff's employment, and Plaintiff's claims and Walmart's defenses in this case. |
| Xitlaly Jimenz<br>c/o Clarence Belnavis<br>1201 Third Avenue, Suite 2750<br>Seattle, WA 98101<br>P: (206) 682-2308. | Xitlaly Jimenz was a Stocker of Walmart, Inc. and has knowledge about the facts and circumstances regarding Plaintiff's employment, and Plaintiff's claims and Walmart's defenses in this case. |
| Employees listed on Bates No. WMGARCIA-0002639, WM-GARCIA 0003437-00003440 [documents | |

Plaintiff's Witness and Exhibit Lists
(1:23-cv-03116) - 5

**AKW LAW**, **P.C.**<br>10202 5th Ave NE, Suite 200<br>Seattle, WA 98125<br>Tel. (206) 259-1259 / Fax (855) 925-9529

| | |
|---|---|
| reflecting employees with 5 or more occurrences].<br><br>c/o Clarence Belnavis<br>1201 Third Avenue, Suite 2750<br>Seattle, WA 98101<br>P: (206) 682-2308. | |
| Jose Sanchez<br>215 West Edison, Sunnyside, WA 98944<br>(509) 305-3512. | Jose Sanchez is Plaintiff's son and has knowledge of Plaintiff's damages. |
| Angelica Sanchez<br>701 South 4th Avenue, Yakima, WA 98902<br>(509) 317-3603. | Angelica Sanchez is Plaintiff's friend and has knowledge of Plaintiff's damages. |
| Alfredo Sanchez<br>701 South 4th Avenue, Yakima, WA 98902<br>(509) 225-0225. | Alfredo Sanchez is Plaintiff's friend and has knowledge of Plaintiff's damages. |
| Ray Edwards<br>95 Charlie Lane, #2, Naches, WA 98937<br>(509) 641-8111. | Ray Edwards is Plaintiff's friend and has knowledge of Plaintiff's damages. |
| Jenny Lou Sumner<br>PO Box 338, Harrah, WA 98933<br>(509) 426-9887. | Jenny Lou Sumner is Plaintiff's friend and has knowledge of Plaintiff's damages. |
| Paola Sanchez<br>1411 Jerome Avenue, Yakima, WA 98902<br>(509) 907-0636. | Paola Sanchez is Plaintiff's friend and has knowledge of Plaintiff's damages. |
| Teresa Peterson<br>212 F Street, Zillah, WA 98953<br>(509) 307-0943. | Teresea Peterson is Plaintiff's friend and has knowledge of Plaintiff's damages. |
| Anissa Zapien<br>1114 South 44th Avenue, Yakima, WA 98908 | Anissa Zapien is Plaintiff's friend and has knowledge of Plaintiff's damages. |

Plaintiff's Witness and Exhibit Lists
(1:23-cv-03116) - 6

| (509) 952-8923. | |
| --- | --- |
| Trisha Herrmann<br>948 Market Street, Prosser, WA 99350<br>(509) 439-8361. | Trisha Herrmann is Plaintiff's friend and has knowledge of Plaintiff's damages. |

## II.    EXHIBITS

| Exh. No. | Description |
| --- | --- |
| 003 | Associate Evaluation for Jandi Jones |
| 004 | Job Description for Manager Investigations |
| 005 | Job Description for Stocking 2 Coach |
| 007 | Andrea Garcia's Termination in Walmart System |
| 009 | Response to Plaintiff's Fourth Set of Requests For Admission |
| 010 | Emily Gonzalez Notification for exceeding the occurrences |
| 011 | Response to Unemployment Department |
| 012 | Email to Jandi Jones re Andrea Garcia Report of Wrongful Termination |
| 013 | Disciplinary actions against Escobar |
| 018 | Associate Occurrences Over 5 by Pay Period Ending PPE |
| 019 | Report of associates termination dates and termination description-reason |
| 020 | Report of associates termination dates and termination description-reason |
| 021 | Report of associates Exit Interview and WDExit Interview |
| 022 | Associates Current Details and Exit Interview |
| 023 | Open Door Communications Management Guidelines (February 1, 2021) |
| 024 | Walmart Workplace Respect Lesson |
| 025 | Sexual Harassment Prevention Lesson |
| 026 | Workplace Respect and Harassment Prevention Lesson |
| 027 | Workplace Respect and Harassment Prevention Lesson |
| 028 | Workplace Respect and Harassment Prevention - Supervisor Lesson |
| 029 | EEO Avoiding Harassment Storyboard for Supervisors |
| 033 | Sexual Harassment Hourly |
| 034 | Sexual Harassment Management |

Plaintiff's Witness and Exhibit Lists
(1:23-cv-03116) - 7

| 035 | Inappropriate Behavior Harass |
|---|---|
| 037 | Gathering Facts and Conducting Interviews 1 Page |
| 038 | Investigative Standards 1 Page |
| 039 | Managing an Investigation 1 Page |
| 040 | Planning an Investigation 1 Page |
| 041 | Attendance Reports - Management |
| 051 | Disciplinary Action Policy effective: April 1st, 2019 |
| 064 | Open Door Communications Policy updated: August 10, 2012 |
| 067 | Open Door Communications Management Guidelines 2011 |
| 069 | Sexual Harassment Prevention |
| 070 | Sexual Harassment and Sexual Violence Response Procedures |
| 071 | EEOC File |
| 072 | Investigating Allegations of Sexual Harassment-Sexual Violence Learner Guide |
| 074 | eLearning Closing the Investigation Module: Report Writing |
| 075 | eLearning Closing the Investigation Module: Report Writing |
| 080 | IVR Call List for Emily Gonzalez |
| 081 | 06-06-2022 - Email from Jandi Jones re 5 occurrences or more |
| 082 | 02-17-2022 - Email from Shawn Hernandez re occurrences |
| 083 | 11-24-2021 - Attendance Tracking System - 5 or more occur |
| 084 | 10-25-2020 - Email from Jandi Jones with report of associate occurrences |
| 087 | 02-06-2022 - Email from Shawn Hernandez following up on associate occurrences |
| 088 | 01-17-2022 - Email from Shawn Hernandez following up on associate occurrences |
| 090 | 05-14-2022 - Email from Shawn Hernandez on attendance of associates |
| 091 | 05-25-2021 - Email from Shawn Hernandez re occurrences |
| 092 | 05-27-2021 - Email from Shawn Hernandez re 5 occurrences or more |
| 093 | 06-15-2021 - Email from Shawn Hernandez to Jandi Jones re 5 or more occurrence list |
| 094 | 06-15-2021 - Attendance Tracking System - 5 or more occurrences |
| 095 | 06-24-2021 - Email from Shawn Hernandez re occurrences |
| 097 | Walmart's code of conduct |

Plaintiff's Witness and Exhibit Lists

(1:23-cv-03116) - 8

**AKW LAW**, P.C.
10202 5th Ave NE, Suite 200
Seattle, WA 98125
Tel. (206) 259-1259 / Fax (855) 925-9529

| 098 | Global Discrimination & Harassment Prevention Policy - January 4th 2021 |
| 099 | Disciplinary Action Management Guidelines - April 1st 2019 |
| 102 | eLearning - Learner Guide Sexual Harassment and Violence Allegations |
| 105 | 04-24-2024 - Report of Case Closure with Subject(s) with unsubstantiated allegations |
| 106 | 05-14-2022 - Report to Ethics Case Management Details |
| 107 | Job Description - People Lead |
| 108 | Samantha Decker, FY Annual Evaluation |
| 109 | Termination Report - Samantha Decker |
| 126 | 2022 - Walmart's Annual Report |
| 127 | 2023 - Walmart's Annual Report |
| 128 | 2024 – Walmart's Annual Report |
| 129 | 2022 - Walmart's 10-K Form |
| 130 | 2024 - Walmart's 10-K Form |
| 131 | 2023 - Walmart's 10-K Form |
| 132 | 08-28-2023 - Report of Ethics Case Management Details |
| 135 | Walmart's Supplemental Responses to Plaintiff's First Set of Interrogatories |
| 136 | Organizational Chart |
| 148 | Termination Report - Tamera Tom |
| 149 | IVR Call List of Tamera Tom |
| 160 | 2022-2023 - GTA Attendance of Emily Gonzalez |
| 163 | Messages with Emily Gonzalez concerning termination |
| 164 | Ethics Case Management Details |
| 199 | 02-14-2021 - Email from Kristina Escobar re 5 and over associates |
| 200 | 02-17-2021 - Email from Samantha Decker re 5 and over associates |
| 201 | 06-12-2023 - Email from Jennifer Douthit re 5 and over associates |
| 202 | 11-20-2023 - Email from Luis Bravo (People Lead) asking to take care of 5+ associates |
| 213 | GTA Attendance Report of Tamera Tom |
| 214 | GTA Attendance Report of Emily Gonzalez |
| 220 | Global Investigation Standards Manual Effective June 2021 |
| 221 | Investigative Standards |

Plaintiff's Witness and Exhibit Lists

(1:23-cv-03116) - 9

**AKW LAW**, P.C.
10202 5th Ave NE, Suite 200
Seattle, WA 98125
Tel. (206) 259-1259 / Fax (855) 925-9529

| 226 | 05-12-2022 - Investigation Findings Memorandum |
|-----|---|
| 227 | Kristina Escobar Interview Report |
| 228 | Shawn Hernandez Interview Report |
| 229 | Tamera Tom Interview Report |
| 230 | Xitlaly Jiminez Interview Report |
| 233 | Combined Interview Reports |
| 234 | 05-12-2022 - Email from Josh Dunne re Investigation results |
| 245 | Email from Shawn Hernandez to Jandi Jones regarding Andrea Garcia's wrongful termination |
| 246 | Email from Samantha Decker to Jandi Jones regarding Andrea Garcia's wrongful termination |
| 247 | Store Manager Position Description |
| 248 | Coach-Assistant Store Manager Position Description |

**DATED** January 12, 2026.

**AKW LAW, P.C.**


/s/ Ada Smoke
Ada Smoke, WSBA #45936
Rolf Gardner Toren, WSBA #58597
Attorneys for Plaintiff Garcia
10202 5th Ave NE, Suite 200
Seattle, WA 98125
Tel.: (206) 259-1259
Fax: (855) 925-9529
E-mail: ada@akw-law.com
E-mail: rolf@akw-law.com

Plaintiff's Witness and Exhibit Lists
(1:23-cv-03116) - 10

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2026, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

> Clarence M. Belnavis
> Stephen M. Scott
> Stephan L. Kendall
> FISHER & PHILLIPS, LLP
> 560 S.W. Tenth Avenue, Suite 450
> Portland, OR 97205
> Tel.: (503) 205-8060
> Facsimile: (503) 242-4263
> Email: cbelnavis@fisherphillips.com
> Email: smscott@fisherphillips.com
> Email: skendall@fisherphillips.com
> Email: cmcclintock@fisherphillips.com
> Email: spolk@fisherphillips.com
> *Attorneys for Defendant*

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED: January 12, 2026, at Seattle, Washington.

*/s/ Tara L. Peterson*
Tara L. Peterson, Paralegal

Plaintiff's Witness and Exhibit Lists
(1:23-cv-03116) - 11

**AKW LAW**, P.C.
10202 5th Ave NE, Suite 200
Seattle, WA 98125
Tel. (206) 259-1259 / Fax (855) 925-9529