# DEFENDANT'S TRIAL EXHIBITS TO PLAINTIFF'S OBJECTIONS TO DEFENDANT'S EXHIBIT LIST (ECF No. 114)

## Ex 1008, 1043, 1060

**Job Description**

## Asset Protection Associate

This position is responsible for the operation of a department. An individual in this position will be expected to perform additional job related responsibilities and duties as assigned and/or necessary.

## Essential Functions

*An individual must be able to successfully perform the essential functions of this position with or without a reasonable accommodation.*

Completes work assignments and priorities in [ insert area of expertise]  by using policies, data, and resources; collaborating with managers, co-workers, customers, and other business partners; identifying priorities, deadlines, and expectations; carrying out tasks; communicating progress and information; determining and recommending ways to address improvement opportunities; and adapting to and learning from change, difficulties, and feedback.

Detects, deters, investigates, and resolves violations of company policies and criminal activities by maintaining a highly visible presence when posted in designated areas; observing customer and associate behavior; investigating alleged fraud and other alleged illegal activities; conducting investigations relating to the operations and policies of the company; obtaining evidence, taking statements, writing case reports, and providing court room testimony, as needed; and participating in collaborative efforts with other investigative entities.

Assists with securing and safeguarding the assets of the facility and property by observing and communicating suspicious activity, assisting with investigations, maintaining paperwork, logs, and other required documentation,  appropriately executing emergency response procedures, and ensuring security and safety practices are in place and adhered to.

Monitors activities and store standards within the store that relate to safety, OSHA Compliance, and basic customer traffic flow by maintaining safety standards to ensure a safe and clean environment, and responding to assistance requests from customers and associates

Serves as a potential deterrent to criminal activity by maintaining a highly visible presence when posted in designated areas, and observing customer and associate behavior.

Completes work assignments and priorities by using policies, data, and resources; collaborating with managers, co-workers, customers, and other business partners; identifying priorities, deadlines, and expectations; carrying out tasks; communicating progress and information; determining and recommending ways to address improvement opportunities; and adapting to and learning from change, difficulties, and feedback.

Complies with company policies, procedures, and standards of ethics and integrity by implementing related action plans; using the Open Door Policy; and applying these in executing business processes and practices.

## Competencies

*An individual must be proficient in each of the competencies listed below to successfully perform the responsibilities of this position.*

Asset Protection: Follows safety and security guidelines and related laws and regulations when dealing with suspected theft and other suspicious or criminal acts. Advises Associates on asset protection policies, practices, and guidelines when asked to do so. Identifies signs of shrink and suspicious or criminal acts, keeps goods secure, and properly documents incidents in a timely manner. Reports shrink issues and problems with products, services, and work areas that could prevent successful asset protection. Uses asset protection equipment in correct ways.

Customer/Member Centered:  Serve the Customer/Member: Shows care and concern when serving our customers/members.  Asks questions in order to understand customer/member needs.  Uses policies and information in order to exceed customer/member expectations.  Finds and uses the right resources (people, products, tools) at the right time in order to resolve customer/member requests.

Adaptability:  Adapt: Adapts to changing work demands.  Stays focused on own work when faced with change or difficulties.  Stays open to and learns from assignments and feedback.

Ethics and Compliance:  Perform to Ethical Standards: Follows company policies and procedures (for example, the Ten Foot Rule).  Shows integrity and ethical behavior in all work situations.  Reports ethical and compliance issues promptly.

Execution and Results:  Get Results: Makes sure work is done correctly.  Works on top priorities first.  Makes a consistent effort to get results.  Meets deadlines.  Takes action in order to solve problems so work can be completed in a timely manner.

Influence and Communicate:  Share Information: Listens to others and asks questions to learn about what is needed.  Communicates the right information to associates and leaders when they need it.  Communicates in a respectful and professional manner.

Planning and Improvement:  Plan for and Improve Work: Accepts responsibility and meets expectations for own work.  Identifies steps needed in order to carry out work as required.

Judgment:  Make Effective Choices: Uses policies, procedures, and/or guides to make good choices.  Uses data and facts in order to make day-to-day decisions and involves others as needed.  Recognizes what might be a problem and informs those who can correct it.

---

Published On: 6 /20/2019                This job description supersedes all prior descriptions

305 00

DEFENDANT'S EXHIBIT 1008

WM-GARCIA0002617

**Job Description**

**Asset Protection Associate**

Communicates effectively in person or by using telecommunications equipment.

Moves up and down a ladder.

Observes associate, customer, or supplier behavior.

This job description supersedes all prior descriptions

WM-GARCIA0002618



August 4, 2022

To: Andrea Garcia
Re: Employment Offer

Dear Andrea,

Yakima Valley Memorial is pleased to offer you the Medical Assistant position within the YVM Heart & Vascular/YVM Cardiology Department.

**Compensation**
Your rate of pay will be $17.8525 per hour. This is a Full-Time (1.0 FTE) and non-exempt position, and you will be paid overtime for any time worked over 40 hours in one workweek.

**Standard Benefits**
Yakima Valley Memorial offers a competitive employee benefits program. As an employee, you are eligible for the benefits provided for our employees consistent with the terms of each particular benefit plan. All employee contributions for benefits are paid through bi-weekly payroll deductions.

One of the many great advantages in joining Yakima Valley Memorial is that your benefits are active on the first day of the month following your start date! Please review our Health Benefits Guide to determine the best plan for you. Employees are automatically enrolled in our Health Savings Plan unless another selection is made at orientation, or coverage is declined. Family members must be added by the employee. You will have 31 days from your start date in which to make changes to your insurance coverage. Other employee benefits typically become available after your initial three-month employment period. Yakima Valley Memorial reserves the right to modify these benefits at any time, as it deems necessary.

**Pre-employment Requirements**
Please note that your job offer is contingent upon successful completion of our pre-employment process, which includes a drug screen, required immunizations, and background check.

Andrea, I'm pleased to welcome you as part of the Yakima Valley Memorial team.  Please feel free to call me at (509) 574-5992 with any questions you may have.  If you have department specific questions, you can reach your supervisor, Brandi Baughman, at (509) 248-7715. On behalf of the Talent Acquisition department, I wish you great success in your new position!

Sincerely,

Sydne Morman
*Talent Acquisition Specialist*

Employee Signature: *Andrea Sdl l Garcia*    Date: 08/09/2022

DEFENDANT'S
EXHIBIT
**1043**

GARCIA 000041

8/5/22, 12:10 PM                                                    Gmail - YVM Offer

 **Gmail**                                      **Andrea Garcia <andreagarcia6487@gmail.com>**

## YVM Offer

1 message

**Sydne Morman** <SydneMorman@yvmh.org>                             Thu, Aug 4, 2022 at 1:58 PM
To: Andrea Garcia <andreagarcia6487@gmail.com>
Cc: Brandi Baughman <BrandiBaughman@yvmh.org>, Celina Torres <CelinaTorres@yvmh.org>, Lissette Arista
<lissettearista@yvmh.org>

Andrea,

Congratulations on your offer to join the Yakima Valley Memorial team! We are so excited for you to start in your new role. As discussed, your start date for Memorial 101, our orientation program and your first day of work, is confirmed for Monday, August 15, 2022. You can expect Memorial 101 to last from 8am – 4pm.

Here is your manager's contact information—they are also copied on this email and will reach out with details for your first day in your department.

Brandi Baughman

brandibaughman@yvmh.org

(509) 248-7715

You are confirmed for a your pre-employment visit on Friday, August 5, 2022 at 8:30am at the Employee Health Clinic.

As a reminder, **please be sure to bring your immunization records**. The address for Employee Health is below, and you can reach them at 509-573-3939 with any questions or if you are running late to your appointment.

West Pavilion Building 1 – 3rd Floor

3003 Tieton Dr Ste 350

Yakima, WA 98902

We will need some documents from you to complete onboarding. **All of the tasks listed in this email are due by Monday, August 8, 2022 in order to avoid moving your start date.** *Please note that due to our network security, I cannot receive documents via Google Docs until further notice. Please send via PDF or as a photo attachment.

### Documents to send via email

- BLS (Basic Life Support)
- Signed job description, offer letter, and pension history (attached to this email)
- Photo for your badge
    - Your photo will need to be from the shoulder up, and please do your best to use a plain background.
    - If you would like to have a preferred name rather than your legal name for your badge, please let me know.

GARCIA 000042



Case 1:23-cv-03116 MKD    ECF No. 116-1    filed 01/20/26    PageID.1770    Page 6 of 6

# Global Time & Attendance

GARCIA, ANDREA S    Lo...

Edit Timesheet (ETA)    Messages **0**    Attendance    Time Off    Balance Activity

...RCIA, ANDREA S, your attendance occurrence total for the current rolling six month period is:5. Below is your most recent attendance activity.

| Occurence Date | Occurence Amount | Included in My Balance | Occurence Description | Exception Duration (HH:MM) |
| --- | --- | --- | --- | --- |
| 12/10/2021 | 0.5 | Yes | AT_EARLY_OUT | 1:02 |
| 01/08/2022 | 0.5 | Yes | AT_ABSENT | 7:00 |
| 01/23/2022 | 1 | Yes | AT_ABSENT | 8:00 |
| 02/04/2022 | 1 | Yes | AT_ABSENT | 8:00 |
| 03/06/2022 | 1 | Yes | AT_ABSENT | 8:00 |
| 04/03/2022 | 0.5 | Yes | AT_ABSENT | 8:00 |
| 04/28/2022 | 0.5 | Yes | AT_EARLY_OUT | 3:45 |

DEFENDANT'S EXHIBIT 1060

GARCIA 000050