**DEFENDANT'S TRIAL EXHIBITS TO FILE UNDER SEAL PURSUANT TO STIPULATED PROTECTIVE ORDER (ECF 30) TO PLAINTIFF'S OBJECTIONS TO DEFENDANT'S EXHIBIT LIST (ECF No. 114)**

**Ex 1002, 1005, 1006, 1013, 1014, 1016, 1024, 1044, 1045**