# DEFENDANT'S TRIAL EXHIBITS TO FILE UNDER SEAL PURSUANT TO STIPULATED PROTECTIVE ORDER (ECF 30) TO PLAINTIFF'S OBJECTIONS TO DEFENDANT'S EXHIBIT LIST (ECF No. 114)

## Ex 1055, 1058, 1059 (Excel Spreadsheets)