FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 16 2026

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANDREA GARCIA, | No. 1:23-CV-003116-MKD |
| Plaintiff, | QUESTION RECEIVED FROM JURY DURING DELIBERATIONS |
| -vs- | |
| WALMART, INC. d/b/a WALMART #2269, WAL-MART ASSOCIATES, INC, | |
| Defendants. | |

YOUR HONOR:

During closing arguments, there was an email presented from Ethics to Plaintiff's personal email account referring her to Market. May we see this email?

DATED this 16 day of June 2026 at Yakima, Washington.

TIME: 2:17 pm

Juror No. #9

QUESTION RECEIVED FROM JURY DURING DELIBERATIONS - 1

ANSWER FROM JUDGE:

Yes. Exhibit 1037 is admitted. It will be made available to you on the JERS system.

DATE: 6/16/2026

TIME: 3:41pm

DISTRICT JUDGE MARY K. DIMKE

QUESTION RECEIVED FROM JURY DURING DELIBERATIONS - 2