FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 16 2026

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANDREA GARCIA,<br><br>                    Plaintiff,<br><br>          v.<br><br>WALMART, INC, WAL-MART ASSOCIATES, INC,<br><br>                    Defendants. | No. 1:23-CV-03116-MKD<br><br>Verdict Form |

We, the jury in the above-captioned case, unanimously answer the questions submitted by the Court as follows:

**QUESTION 1**: Did Plaintiff prove her Title VII Retaliation claim against Defendants?

**ANSWER**: YES___ X ___ NO_____

*If you answered No to Question 1, then do not answer any further questions, but instead sign this Verdict Form.*

*If you answered Yes to Question 1, proceed to Question 2.*

1

**QUESTION 2:** What amount of compensatory damages, if any, do you find will reasonably and fairly compensate Plaintiff for the emotional pain and suffering caused by Defendants' unlawful conduct?

ANSWER: $ _500,000.00_

*Proceed to Question 3.*

**QUESTION 3:** If you answered Yes to Question 1 and entered $0 in response to Question 2, did Plaintiff prove that she is entitled to nominal damages?

ANSWER: YES_____ NO_____

*Proceed to Question 4.*

**QUESTION 4:** If you answered Yes to Question 1, did Plaintiff prove that Defendants' conduct that harmed her was malicious, oppressive, or in reckless disregard of her rights?

ANSWER: YES__X__ NO_____

*If you answered No to Question 4, do not answer Questions 5 or 6, but instead sign this Verdict Form.*

*If you answered Yes to Question 4, proceed to Question 5.*

**QUESTION 5:** Did Defendants prove their good faith defense to punitive damages?

ANSWER: YES_____ NO__X__

2

*If you answered Yes to Question 5, do not answer Question 6, but instead sign this Verdict Form.*

*If you answered No to Question 5, proceed to Question 6.*

**QUESTION 6**: What amount of punitive damages, if any, do you find to be appropriate on Plaintiff's claim?

ANSWER: $ 22,500,000.00

*Sign this Verdict Form.*

DATED this __16th__ day of June, 2026.

██████████████

_____
PRESIDING JUROR

3