FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 25, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANDREA GARCIA,<br><br>                    Plaintiff,<br><br>vs.<br><br>WALMART, INC. d/b/a WALMART #2269, WAL-MART ASSOCIATES, INC.,<br><br>                    Defendants. | No. 1:23-CV-03116-MKD<br><br>JUDGMENT IN A CIVIL CASE |

**THE COURT HAS ORDERED** that judgment for damages be entered in favor of Plaintiff and against Defendants as follows.

The jury returned a verdict awarding Plaintiff:

- Compensatory damages:      $500,000.00

- Punitive damages:      $22,500,000.00

Because Plaintiff's Title VII claim is subject to the statutory damages cap in 42 U.S.C. § 1981a(b)(3), the Court reduces the recoverable compensatory and punitive damages to the statutory maximum of $300,000.00.

Accordingly, judgment is entered in favor of Plaintiff and against Defendants in the amount of $300,000.00, plus post-judgment interest pursuant to 28 U.S.C. § 1961 and costs as taxed.

JUDGMENT IN A CIVIL ACTION - 1

**THIS ACTION WAS** tried by a jury with Judge Mary K. Dimke presiding, and the jury has rendered a verdict.

DATED:  June 25, 2026.

SEAN F. McAVOY
Clerk of Court

By: *s/Cora Vargas*
Deputy Clerk

JUDGMENT IN A CIVIL ACTION - 2