AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 24, 2026

SEAN F. McAVOY, CLERK

ANDREA GARCIA,

*Plaintiff*

v.

WALMART, INC. d/b/a WALMART #2269,
WAL-MART ASSOCIATES, INC.,

*Defendant*

Civil Action No. 1:23-CV-03116-MKD

## SUPPLEMENTAL JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* ______ recover from the defendant *(name)* ______ the amount of ______ dollars ($ ______ ), which includes prejudgment interest at the rate of ______ %, plus post judgment interest at the rate of ______ % per annum, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ______ recover costs from the plaintiff *(name)* ______ .

☑ other: Plaintiff's Motion for Attorney Fees, Costs, and Prejudgment Interest (ECF No. 211) is GRANTED in part. The Court awards Plaintiff $359,330 in attorneys' fees, $27,928.40 in nontaxable litigation expenses, and $766.92 in taxable costs, for a total award of $388,025.32, plus post-judgment interest accruing from the date of entry of the Order filed on 9/24/2026 pursuant to 28 U.S.C. § 1961.

This action was *(check one)*:

❒ tried by a jury with Judge ______ presiding, and the jury has rendered a verdict.

❒ tried by Judge ______ without a jury and the above decision was reached.

☑ decided by Judge MARY K. DIMKE

Date: 9/24/2026

*CLERK OF COURT*

s/Sean F. McAvoy

*Signature of Clerk*